UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| JOHN DOE and JANE DOE on behalf of their minor child James Doe, | Civil Case No. |
| PLAINTIFFS, | |
| vs. | |
| BOULDER VALLEY SCHOOL DISTRICT, | |
| DEFENDANT. | |

**AFFIDAVIT OF ANN GRANDITS**

I, Ann Grandits, am over 18 years of age and understand the meaning of an oath. I state the following under oath based on my direct knowledge and experience:

1. I am currently a fourth-grade teacher at Whittier International Elementary School, which is part of the Boulder Valley School District ("BVSD").

2. I have been teaching for 18 years and at Whittier for the past 6 years.

3. From the beginning of the 2022-2023 school year until January 2023, students identified in the above-captioned case as James Doe and Sally Roe were both pupils in my classroom. The true identities and names of these two students are known to me, but I understand that their names are being kept anonymous to protect these minor children.

4. James and Sally were friends and would routinely play together on the playground.

5. Unfortunately, Sally Roe struggles with impulse control and will frequently hit, kick, or strangle other students. Sally Roe's teachers are aware of this pattern of behavior and have a protocol in place to deal with these outbursts.

1

6. On or about January 17, 2023, Sally Roe strangled James Doe in my classroom, putting him in a choke hold. I had to intervene to stop the assault.

7. I made sure James Doe was OK after the assault. Unlike some of my other students who want to get Sally Roe in trouble, James downplays these sorts of incidents.

8. Typically, when this sort of incident occurred, our protocol was to send Sally Roe to the school office, where she would write a reflection paper, so I sent her to the office.

9. After school, I spoke to Jamillah Richmond, who is Sally Roe's mother. Richmond works in the library at Whittier International Elementary School, reading to children and interacting with them for an hour every week. She also serves as a substitute teacher, including for my class.

10. After incidents like this occurred, I repeatedly witnessed a pattern of behavior that resulted from it. Sally Roe would often turn around and accuse the person she had attacked of "racism."

11. Other teachers at Whittier are also aware of this pattern of behavior, and we accepted it as part of the reality of the situation.

12. Sally Roe and Jamillah Richmond are Black, while James Doe is white.

13. In this case, Sally Roe accused James Doe of racism because of his suggestion during recess that he, Sally, and a third student, who was also Black, play "servant and bodyguard."

14. Sally Roe's accusations of racism did not ordinarily result in an official bullying report being filed by the school. However, in this case, involving James Doe, it did.

15. When bullying reports are filed, there is supposed to be an investigation before findings are made. As the primary classroom teacher for both students, I expected to be asked

questions about their relationship and patterns of behavior. However, nobody asked me anything as part of the investigation into this incident.

16. On Sunday, January 22, 2023, Jamillah Richmond posted about the playground game incident on Facebook.

17. The following Monday, January 23, I was told about a "support plan" for James Doe based on the bullying report about James' playground game suggestion. The support plan included requiring him to have recess in an alternate location with only one friend.

18. Later, I heard that the support plan included requiring him to change classrooms.

19. During my time teaching, I have never seen a student forced to change classrooms as punishment.

20. On or around Wednesday, January 25, I brought Sally Roe down to the school office after an incident at recess that she said had scared her. Sally Roe was allowed to go to the office and call her mother at any time of the day when she got upset.

21. When we arrived, James Doe was waiting in the office while his parents were meeting with Sarah Oswick, the principal of Whittier Elementary.

22. While I watched, Sally Roe approached James Doe and said "hi" to him. James Doe did not respond. The children had no further interaction.

23. When the mother, Jamillah, arrived, Sally Roe told Jamillah that James Doe had threatened her again.

24. Jamillah then said that she "was tired of these threats" and said that she was taking Sally home. Jamillah Richmond then left the office with Sally Roe.

25. During that week, I also spoke with Jamillah Richmond, who informed me that she was going to call parents of one of the Black students in James Doe's new classroom to warn them about James.

26. I reached out to Mrs. Doe, James Doe's mother, to offer my support for the transition to a new classroom.

27. Jane Doe called me back and told me that Jamillah had posted a social media post on Facebook about the incident.

28. I read the post and was concerned that an employee at Whittier would write those things about a student and his family.

29. It was common knowledge that the Facebook post was about James Doe.

30. Jamillah Richmond's statements about James Doe and his family caused a great deal of concern among parents at Whittier Elementary.

31. For example, I was informed by the school counselor, Annie Dornbush, that parents had been contacting her to express concern about having their child in James Doe's new class.

32. I was very disturbed by Jamillah Richmond's public attack on a fourth-grade student, and reported my concerns to Principal Oswick that this was an educator bullying a child. I informed Oswick that the Does were afraid to send James to school.

33. Nothing came of my report. There was no investigation, and Principal Oswick gave me the impression that I had done something wrong by making the report at all.

34. I felt deeply concerned for James Doe in the wake of Jamillah Richmond's Facebook post. The post, and the fact that other families knew it was about John Doe, was

creating what seemed to me like an atmosphere of extreme hostility in the school toward John Doe.

35. Having no success after reporting my concerns to Principal Oswick, I then used the Boulder Valley School District's "Safe to Tell" system for reporting concerns like bullying. It was my understanding that my report would be anonymous. I hoped that district authorities would intervene even if the principal would not, and that anonymity would prevent further hostility from being directed towards me because of the report.

36. However, when I submitted the online form, it told me that my report had again been sent to Principal Oswick.

37. I realized that the report was also not anonymous when Principal Oswick approached me and informed me that she received my "Safe-to-Tell" report. Oswick informed me that I would need to talk to someone from the district about my report as well.

38. I spoke to a district employee about my report. I told him about the bullying and expressed my concerns to him that the report was supposed to be anonymous.

39. No actual investigation into either of my bullying reports appears to have ever taken place. It is the usual practice at Whittier that, when such investigations are concluded and reports are issued, everyone involved gets a notice of the findings. I have received no such notice.

40. I was then told by Principal Oswick not to speak to anyone about the bully report I filed.

[remainder of page intentionally left blank]

SIGNED UNDER THE PENALTIES OF PERJURY THIS 2nd DAY OF ~~FEBRUARY~~ march 2023.  AG

_Ann Grandits_

In witness whereof,

Patricia Josephine Moreno

Colorado, Notary Public

My commission expires: 09/7/2025

> PATRICIA JOSEPHINE MORENO
> Notary Public
> State of Colorado
> Notary ID # 20174037487
> My Commission Expires 09-07-2025