IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JOHN DOE and JANE DOE, parents and next friends of their Minor Child JAMES DOE, | Civil Case No. _____ |
| PLAINTIFFS | DATE: March 3, 2023 |
| vs. | |
| BOULDER VALLEY SCHOOL DISTRICT, WHITTIER INTERNATIONAL ELEMENTARY SCHOOL, and ROB ANDERSON, KATHY GEBHARDT, LISA SWEENEY-MIRAN, NICOLE RAJPAL, STACEY ZIS, BETH NIZNIK, KITTY SARGENT, RICHARD GARCIA, AND SARAH OSWICK, in their official capacity as state actors for the State of Colorado, | |
| DEFENDANTS. | |

**AFFIDAVIT OF ATTORNEY KELLIE J. MILLER**

I, Kellie J. Miller, am an attorney in good standing to practice law in the state of New Jersey, and I declare the following to be true based on my direct knowledge and experience:

1.  Attached as <u>Exhibit A</u> is a true, accurate, and redacted copy of screenshots of District and school employee Jamillah Richmond's January 2023 Facebook thread.  These screenshots were taken on March 1, 2023 and February 7, 2023.

2.  Attached as <u>Exhibit B</u> is true and accurate copy of a July 19, 2022 Colorado Sun online article, created on March 2, 2023, https://coloradosun.com/2022/07/19/boulder-valley-black-latino-white-student-discipline/.

3.      Attached as <u>Exhibit C</u> is a true and accurate copy of the Boulder Valley School District's (BVSD) website regarding the District Accountability Committee, images created March 2, 2023, https://www.bvsd.org/about/district-accountability-committee.

4.      Attached as <u>Exhibit D</u> is a true and accurate copy of an August 27, 2021 Daily Camera article, created on March 2, 2023, https://www.dailycamera.com/2021/08/27/bvsd-updates-dress-code-to-make-it-more-inclusive-consistent/.

5.      Attached as <u>Exhibit E</u> is a true, accurate and redacted copy of screenshots of Jamillah Richmond's Twitter page.  These screenshots were taken March 1, 2023.

6.      Attached as <u>Exhibit F</u> is a true and accurate copy of BVSD's Bullying Policy, Policy JDHB, available at https://www.bvsd.org/about/board-of-education/policies/policy/~board/j-policies/post/jdhb.

7.      Attached as <u>Exhibit G</u> is a true and accurate copy of BVSD's Investigating and Responding to Bullying Complaints Policy, Policy JDHB-E, available at https://www.bvsd.org/about/board-of-education/policies/policy/~board/j-policies/post/jdhb-e.

8.       Attached as <u>Exhibit H</u> is a true and accurate copy of BVSD Policy on Staff Use of District Technology, the Internet, and Electronic Communications, Policy GBEE, available at https://www.bvsd.org/about/board-of-education/policies/policy/~board/g-policies/post/staff-use-of-district-technology-the-internet-and-electronic-communications.

9.      Attached as <u>Exhibit I</u> is a true and accurate copy of BVSD Suspension and Dismissal of Support Staff Policy, Policy GDPD, available at https://www.bvsd.org/about/board-of-education/policies/policy/~board/g-policies/post/suspension-and-dismissal-of-support-staff-members.

10.     Attached as <u>Exhibit J</u> is a true and accurate copy of February 2023 emails from BVSD General Counsel, Kathleen Sullivan.

11.     Attached as <u>Exhibit K</u> is a true and accurate copy of Superintendent Anderson's June 2020 letter to the BVSD district, available at <u>https://www.bvsd.org/about/news/news-article/~board/district-news/post/standing-together-against-racism-and-injustice</u>.

12.     Attached as <u>Exhibit L</u> is a true and accurate copy of BVSD's website and Culturally Responsive Discipline Practices, available at <u>https://www.bvsd.org/about/strategic-plan/culturally-responsive-discipline#:~:text=BVSD%20staff %20have%20dug%20in%20to%20figure%20out,a%20Culture%20of%20Safety%2C%20Respec t%2C%20and%20Mental%20Health.</u>


[remainder of page intentionally left blank]

SIGNED UNDER THE PENALTIES OF PERJURY THIS ___3___ DAY OF MARCH 2023.

_____
Kellie J. Miller

In witness whereof,

_____   as commissioned by Supreme Court of New Jersey
Joseph Miller                      Bar ID No. 014 812 004
_____, Notary Public

My commission expires: _____

# Exhibit A



# Jamillah Richmond (Alma DeVida)

2.7K followers · 0 following



 Message     Follow     Add Friend

**Posts**    About    Followers    Photos    Videos    Groups    More ▾    ···

## Intro

Mother | Decolonizer | Licensed Aesthetician | Creator | Owner of Maids and Beyond | Student of Life

ⓘ Profile · Digital creator

🖥 Owner at **Maids and Beyond**

📍 From **Yonkers, New York**

🎵 West African Dancing    🌐 Traveling    🛍 Shopping

🎵 Bachata Dancing    🔍 Cooking    ✏ Skincare

See all

## Photos

See all photos



## Posts

⚙ Filters

 **Jamillah Richmond**
February 8 at 7:10 PM · 🌐

···

Moi friends do dope things.







LAKEPOWELLCHRONICLE.COM

## Jamillah's Post

✕

**Jamillah Richmond**
January 22 · 🌐

• • •

Just want to share last week in motherhood.

One of her Caucasian classmates told ▮▮▮ and another Black student to be his servants.

This same child told ▮▮▮ there were rats coming out her her hair the FIRST time she ever wore her Afro out.

I've written this and deleted this so many times. Wondering if I should share with the general public. But I think everyone needs to know what it's like to be a Black child in this school system surrounded by children who don't have sense or good parents.

😠🤗😢 77                                    45 comments   1 share

| 👍 Like | 💬 Comment | ↪ Share |



**De-Shaun Silas Jordan**
This is horrible Jai exp this at co-op back in 2019. 2 little girls (1 Asian and 1 Caucasian) told him he couldn't come into the pretend fortress bc he was a slave. They let everyone else in but him. Luckily I was standing right there and corrected the behavior and they got a lesson in history and behavior. I also told the director and I told both of their parents at pick up...I don't play that with my kid, I will not let anyone tear down what we built up.

😠👍🤗 4

Like  Reply  5w  Edited



**Jamillah Richmond**
**De-Shaun Silas Jordan** I hate this for our babies and for us. We should be able to invoice for our time and distress. I spoke to his mama the first comment. This boy knows exactly what he's saying and I'm disguised with the lot of them.

🤗💗 3

Like  Reply  5w



**De-Shaun Silas Jordan**
**Jamillah Richmond** it's disgusting I am so happy Jai now fights his battles but he knows we will back him up...he will let you know through the door he is no one's servant or slave and his people were Kings and Queens and



Like    Reply    5w

**Sherrice Sledge-Thomas**
I'm shaking my head in disbelief and I'm not shocked all at the same time. We sent the twins to **Mansion Day School** during their pre-school and elementary years to avoid this. The school grounded them in who they are as young Black men. They are in a different school now for middle school and they are so grounded in who they are, they know how to address it. I wish we had Mansion Day Schools all over the world.

😂👍 4

Like    Reply    5w

**Jamillah Richmond**
**Sherrice Sledge-Thomas** ▮▮ knows how and she did. My issue is she shouldn't have to because these white parents are negligent and lack their own accountability and sense of self reflection to even begin to raise better children. It's 2023.

👍😂 7

Like    Reply    5w    Edited

**Sherrice Sledge-Thomas**
**Jamillah Richmond** It's so sad. We shouldn't have to deal with that. And kudos to ▮▮ And you, too. She's going to grow up and change the world.

👍❤️ 2

Like    Reply    5w

**Gemma Clark**
OMG! Those kids need anti racist education in school because they clearly aren't getting it at home. I'm so sorry to hear your girl is having to listen to that. She deserves so much better

Like    Reply    5w

**Rachael Grimm-Sholes**
This is terrible!!! I'm so sorry your baby had to go through that!! Some white people are just trash and make trash kids 😢😭❤️

❤️

Like    Reply    5w

**Angela Bucci-Henschel**
Ewwww..... wtf is wrong with people.

I feel like since I left Long Island I've met some of the most small minded people.

I'm sorry she has to go through that

Like    Reply    5w

**Yolanda Nandi Barnes**
Hmm . . . I have comebacks for those that leave them in salty tears, but I'm gonna continue on with my day. 😊

Like    Reply    5w    Edited                                                    😂 4

> **Kiema Michelle**
> Ooo, we wanna know. I love yt tears lol
>
> Like    Reply    5w
>
> > **Yolanda Nandi Barnes**
> > Kiema Michelle 😂😂😂
> >
> > Like    Reply    5w
>
> **Satori Christina**
> **Yolanda Nandi Barnes** chile! 😂
>
> Like    Reply    5w
>
> Reply to Yolanda Nandi Barnes...                          💬 ☺ 📷 GIF 😊

**Eve Jackson**
Things like this is what encourages me to seek alternatives to public schooling for my child 💜🙏

Like    Reply    5w

**Wajeeha El Bey**

**Wajeeha El Bey**
In 2023 this is so disappointing to see. I will be #66 next Sunday, 🫠don't blame YouTube for everything! 🫠😩 But I didn't grow up with a Mama like **Jamillah Richmond** and so many on this post, 🫠so I honor you all! 🎎🔮🖌 Ladies and gentlemen, please don't minimize the foundation you're putting in those Spirits on two legs out in these streets, I'm proud of your baby!💣🔪🏹🔫🔪🫠

Like   Reply   5w   Edited

**Chalon Onuka**
Stuff like this is why I homeschool 🤦🏽‍♀️👍

Like   Reply   5w

**Nicole Nichols**
It's 2023 and beyond disappointing. My heart breaks for your sweet girl and for you. Much love to ▇▇▇ her other classmate, you and all. Absolutely ridiculous and awful. Thank you for posting this.

Like   Reply   5w

**Arlette Barlow**
We experienced this in preschool and elementary school often. Kids would touch my kids' hair without permission while parents watched. I would ask them to stop and those same parents would make excuses and tell me to relax. And then I'd have educate them. BCSIS had some kind of colonial assignment in 5th...who would you be in colonial times or some shit. Some kids thought my kids "should be slaves cuz that's who'd they be." I'm ALWAYS educating in this town.

Like   Reply   5w                                                      😮 2

**Jamillah Richmond**
**Arlette Barlow** same here. We need to start a org and send invoices for all the free education we provide. Also, suing these parents because it should be child abuse to raise these types of humans and gross negligence when they're allowed to be in the presence of our kids to expose them to such ignorance.

Jamillah, as educated and well meaning that they are they just don't know any better. And there's not enough diversity here for them to really learn anything and PRACTICE. That said, there's no excuse and it's shameful.

Like Reply 5w

**Jamillah Richmond**
Arlette Barlow I don't believe that they are "well meaning" at all. This singular child has said numerous racist and ableist comments to Black children for months. His parents are called each time (as is the standard operating procedure). His parents are the type of white people that go to DEI meetings and call themselves Democrats and allies. Nice white liberal racists who smile at you and go to meetings but don't actually do anything tangible is who they are, their child is simply more honest.

Like Reply 5w Edited

**Arlette Barlow**
Jamillah, opps, my bad...meant to add a wink-wink emoji after that "well meaning" comment lol

Like Reply 5w

**Arlette Barlow**
Cuz they're all "doing the things" they think are needed to be "woke" and yet they do not have any REAL relationships with POC.

Like Reply 5w

**Jamillah Richmond**
Arlette Barlow and if they do have relationship with BIPOC then it's "my Black/Indian/ whomever wife/husband/child". Or also in Boulder is the opposite - Black folks getting offended you're talking about white nonsense and then using their white partners as weapons in conversation.

I'm generally exhausted by all of them.

Like Reply 5w

**Jamillah Richmond**

**Arlette Barlow**
And it's another thing. Using your association to BIPOC and LGBTQ to explain, excuse, absolve your perpetuated ignorance and laziness is a whole ass thing that needs to STOP. Just cuz you kinda know some people that make you feel comfortable doesn't mean you know all people.

Like   Reply   5w

> **Jamillah Richmond**
> Arlette Barlow right. But you know... Affiliations matter is the new woke hashtag.
>
> Like   Reply   5w

> **Arlette Barlow**
> Jamillah, omg right. Right. Right. NOOO!
>
> Like   Reply   5w

Reply to Arlette Barlow...

**Satori Christina**
Did he catch hands? And his mama?

Like   Reply   5w         😍🥰 3

**Whitney Sinclair**
Wow. I'm so sorry Jamillah.

Like   Reply   5w

**Tahtahme Lizz Cann**
Omfg I'd make a trog and their baby cry that day, I'm SO sorry to hear y'all went through this! Unacceptable! F those parents and the way they raise their child!

Like   Reply   5w

**Tai Saintal**
The same thing about being a servant was told to me in first grade. I'll never forget it.

Like   Reply   5w

**Jamillah Richmond**
Arlette Barlow totally didn't mean for that to post twice. Pardon.

Like   Reply   5w

**Arlette Barlow**
Jamillah, it's important enough to say it again! lol

Like   Reply   5w

**Jamillah Richmond**
Arlette Barlow I agree but I also deleted the duplicate. I'm just frustrated with the white nonsense and the Black/ brown gatekeepers of white nonsense. Folks want to do things slowly and these are the costs. This is the price is SOME peoples comfort. I'd quote the prophet John Henrik Clarke but FB wouldn't like that.

Like   Reply   5w

**Satori Christina**
Jamillah Richmond you would have to sue the entire culture. Include all your friends in this little blue app too.

Like   Reply   5w

**Arlette Barlow**
Jamillah, what is that with the slowness. I keep hearing this on every board I'm a part of: let's research options, let's not rush into anything, let's have a meeting to...
Dude, I've started telling them to stop wasting my time. You either wanna learn shit or not. Wanna do something or not. Scheduling a meeting to have another meeting is kicking the can down the aisle and I'm here for progress. You gotta START somewhere. But they seem to like to talk about stuff they don't know anything about with other people like them who also don't know anything. It's a funny thing.

Like   Reply   5w

**Tai Saintal**

The same thing about being a servant was told to me in first grade. I'll never forget it.

Like    Reply    5w

**Virginia W. Alleyne**

Have you setup a meeting with the Principal/Board of Education, SiS?

Like    Reply    5w

**Bianca Unbothered Sots Perater**

To sad but one things for sure ▮▮▮▮ is strong and knowledgeable I'm sure she hit him back with facts

Like    Reply    5w



12:37



  **Jamillah Richmond**
Jan 22 · 🌐

 **Jamillah Richmond**
De-Shaun Silas Jordan I hate this for our babies and for us. We should be able to invoice for our time and distress. I spoke to his mama the first comment. This boy knows exactly what he's saying and I'm disguised with the lot of them.

2w   Like   Reply                    3 

 **De-Shaun Silas Jordan**
Jamillah Richmond it's disgusting I am so happy Jai now fights his battles but he knows we will back him up...he will let you know through the door he is no one's servant or slave and his people were Kings and Queens and were enslaved by evil and jealousy.

2w   Like   Reply                    3 



**Ashley O'Connell**
This is so awful. I appreciate you sharing and I hope it helps to educate and eradicate this horrific behavior. I just so so sorry.

2w   Like   Reply

Write a comment...

Home   Watch   Marketplace   Profile   Notifications

Sent from my iPhone



12:38



  **Jamillah Richmond**
Jan 22 · 

**Tauli'ah Bint SamSisco**
LaMailede Machell Moore Be sure that you are able to confront the parents of that evil child. Don't leave your child unprotected without confrontation and most importantly, build your child's self esteem and teach them how to counteract that ignorance with self love and self pride.

2w    Like    Reply

 Write a reply...

 **Sherrice Sledge-Thomas**
I'm shaking my head in disbelief and I'm not shocked all at the same time. We sent the twins to Mansion Day School during their pre-school and elementary years to avoid this. The school grounded them in who they are as

young Black men. They are in a different school now for middle school and they are so grounded in who they are, they know how to address it. I wish we had Mansion Day Schools all over the world.

2w    Like    Reply    4 



**Jamillah Richmond**
Sherrice Sledge-Thomas ██████ knows how and she did. My issue is she shouldn't have to because these white parents are



Write a comment...

Home    Watch    Marketplace    Profile    Notifications

Sent from my iPhone

# Exhibit B



**Trending:**  A billionaire's land swap    Wild ice lures skaters    How Denver is spending the $41M from the Broncos sale

EQUITY, NEWS

# Boulder Valley schools punish Black and Latino students at higher rates than most Colorado districts. Parents want more accountability.

Latino students at BVSD are about 3.5 times more likely to be suspended than white students, a Boulder Reporting Lab analysis of district data shows. The district and parents are not in total agreement on how to address the longstanding problem.



Dan Shore, Jonathan Godes, and John Clark

*3:25 AM MDT on Jul 19, 2022*



Noemi Lastiri is a member of the Latino Parent Advisory Council. The group has been advocating for changes to how BVSD punishes students. (John Herrick, Boulder Reporting Lab)

# Chasing Progress

Black and Latino parents of Boulder Valley School District students have been raising alarms for years that their children are punished more often for the same behaviors as white students. The district's own data has consistently shown this disparity.

In 2020, under mounting pressure, BVSD reformed its discipline policies to try to reduce inequities. It removed police from schools, streamlined punishment guidelines across classrooms, and trained educators to de-escalate and resolve conflicts without resorting to punishment.

Since the reforms, fewer students have been suspended or referred to police. But the disparities that prompted the new policies remain.



**No paywalls.**
**No tricks.**

# Just good journalism.

We need readers like you.
Become a member today!



Latino students were about 3.5 times more likely to be suspended than white students during the 2021–22 school year, according to data provided to Boulder Reporting Lab by the district. That figure reflects a disparity dating back more than a decade.

While Latino students made up nearly 20% of BVSD's 29,000 students, they accounted for about 44% of the suspensions.

The data indicate Latino students are generally punished for the same **behaviors** as their white peers — threats of physical harm, disobedience, fighting, possessing tobacco and marijuana.

Suspensions and police referrals can have lasting impacts on young lives. Such punishment reduces the **odds of graduating**, makes it **harder to excel** academically, and **increases the chances** of entering the **criminal legal system**.

"There has not been progress," said Noemi Lastiri, member of the Latino Parent Advisory Council, which the district set up to advise it on equity issues. "Kids in high school keep complaining that they are not treated equally by teachers or by staff."

## Suspensions per 1,000 students

Of the 5,659 Latino students who attended BVSD during the 2021-2022 school year, 345 received one or more out-of-school suspensions. That's about 61 suspensions per 1,000 students, a rate 3.4 times higher than that of white students.



Source: Boulder Valley School District · Created with Datawrapper

To contextualize the trends in Boulder, BRL analyzed **data** from the Colorado Department of Education for the state's 12 largest districts for the 2010-2011 to 2018-2019 school years. (Discipline data is unreliable for

much of 2020 and 2021 because of Covid-19. The state has not finalized 2021-2022 data.)

This story is part of **Chasing Progress, a Colorado News Collaborative project** on social, economic and health equity among Black and Latino Coloradans.

Notably, BVSD's overall suspension rate is lower than most of the state's largest districts, according to data from 2018-2019. But that same year, it had the highest disparity in the suspension rates between Latino and white students among those districts.

When analyzing all the punitive measures reported to the state — removal from the classroom, in- and out-of-school suspensions, referrals to police — BVSD's Black students were 2.5 times more likely to be punished than their white peers. Latino students were two times more likely to be punished.



**The curious case of a Capitol sconce that ende…**
Mar 1 · The Daily Sun-Up

11:44

BVSD's superintendent, Rob Anderson, joined the school district in 2018 after overseeing a much larger district in Atlanta, Georgia. He said the

disparities in Boulder reflect the systemic racial and ethnic disparities across the nation.

"Before starting in the school district, I reviewed the data and realized that, you name the metric, we were disproportionate," Anderson said in an interview.

Disproportionate discipline isn't the only problem for Black and Latino BVSD students. They're less likely to graduate, enroll in advanced courses, or join its gifted and talented program.

"When you think about our discipline disproportionality, it aligns with our achievement disproportionality," Anderson said.

## Suspension disparities among Latino students

During the 2021-22 school year, Latino students made up nearly 20% of BVSD's 29,000 students but 44% of suspensions, reflecting a disparity dating back more than a decade.



Source: Colorado Department of Education and the Boulder Valley School District · Created with Datawrapper

During his first year on the job, he created the Latino Parent Advisory Council to address these disparities. The council is one of the only platforms of its kind in Colorado to give parents a voice in district policies. At the request of the group, the district said it will begin publishing data on its website in August 2022 that breaks down disparities by each of its 57 schools.

The data will help the district identify how policies are playing out.

"We have a long way to go to get better. And the only way you can get better is if you really own and understand the issue," Anderson said. "You start to look at data and use data as a mirror to see where those things are working or not working. It could be that the district's disproportionality is really being heavily influenced by a handful of schools."

Parents interviewed for this story support reforms made so far by the district. But they say the changes don't go far enough. They would like to see leniency for students who defend themselves from bullying, along with more teacher accountability.

"For the first time [BVSD] acknowledges that they have not made progress, that we still have a huge problem. And I think that's a start," said Ana Fernandez Frank, co-coordinator of the Latino Parent Advisory Council. "But we want to see what they're planning on actually doing."



Jamillah Richmond is the founder of the Parents of Color Council, a separate group advising the district. Her 9-year-old daughter attends a BVSD school and has been punished for responding to bullying. (John Herrick, Boulder Reporting Lab)

## Bullying and self-defense

Jamillah Richmond is the co-founder of the Parents of Color Council, a separate group advising the district. Her 9-year-old daughter attends a BVSD school.

She said her daughter has been sent to the office for responding to bullying at her elementary school. In one instance, she said, her daughter was cornered by four white students. She pushed one of them away. In another instance, a boy kept touching her hair so she slapped his hand. In both situations, her daughter faced repercussions.

"Culturally, if you touch our hair, we're slapping your hand, which is exactly what my daughter does. But she gets punished," Richmond said.

Other parents of Black and Latino students told Boulder Reporting Lab about similar situations in which their kids were punished after defending themselves.

"We need to stop penalizing children of color for defending themselves when they're being confronted with different varying degrees of violence," Richmond said.

For this reason, she prefers not to use the phrase "disproportionate discipline."



**No paywalls.**
**No tricks.**

# Just good journalism.

We need readers like you.
Become a member today!

| Basic+ | Premium |
|---|---|
| *includes Colorado Sunday newsletter* | *+ four exclusive newsletters* |
| **$11.99/MONTH** | **$21.99/MONTH** |
| $10/MONTH* | $20/MONTH* |

*\*discount when paid yearly*

Already a member? **Log in to hide these messages**

"Discipline implies a kid did something wrong to begin with," she said. "You are not wrong for defending yourself."

The district's **discipline matrix**, which it created in 2020 to offer punishment guidance to schools, includes no mention of self-defense. Richmond thinks it should, to encourage educators to consider context around instances of violence.

"If it's not on paper, and we don't have a clear and definitive definition of what these things are and what consequences could or could not be applied to them, then we're leaving too much room open for interpretation and trusting people who have blind spots and biases," she said. "And I think that leaves open space for discrimination."

Anderson, BVSD's superintendent, agrees bullying is a concern. The district has made it easier to report bullying on its **website**. But he said it's tricky to balance physical force with school safety.

"If you're blocking punches so you don't get hurt, that's self-defense. If you engage in a physical altercation with someone else, we don't view that as self-defense," he said.

Parents can appeal disciplinary measures to the district's Board of Education. But Jorge Chavez, chair of the District Accountability Committee, an oversight panel required under state law, said some parents face challenges in speaking out.

"I'm pretty fortunate. I'm an immigrant, but I'm bilingual. I know how the system works here," Chavez said. "For a lot of parents who either don't feel comfortable with the English language, who aren't familiar with the educational system, who don't have the resources and the time to get involved, it's harder for them to have their voices elevated to where their concerns are being heard."



The Boulder Valley School District building in Boulder on Nov. 17, 2021. The district has changed its discipline policy to address disparities in punishment. (Anthony Albidrez, Boulder Reporting Lab)

### "We all have unconscious biases"

The district is open about discussing how structural inequities contribute to disparities in discipline. But some want it to do more to acknowledge racial bias among staff.

"The root cause is racism. We have to call it what it is so that we can address it. I'm not saying that teachers are bad people or anything. We all

have unconscious biases," said Fernandez Frank, of CAPL, the acronym for the Spanish name for the parent group, Consejo Asesor de Padres Latinos.

That's why, first and foremost, parents want the district to hire more Black and Latino teachers and staff. Kids do better in school **when their teachers look like them**. BVSD's teachers were **86% white last school year**, about the same as the state average. Their students were 67% white.

In February, the district hosted a "**Teachers of Color Hiring Event**." Boulder **pays teachers** more than any other district in the state. But Anderson said the region's high cost of housing and low turnover rate makes hiring difficult. "It becomes incredibly challenging to try to diversify your workforce very quickly, because you just don't have the vacancies."

Parent groups have also been asking for data on teachers' disciplinary referrals. And they want the district to include in staff evaluations any racial disproportionality in their punishment of students. They also want a public process for filing and tracking discrimination complaints.

"They keep kids accountable for their actions. And I think that it's only fair that adults are held to a similar standard," Fernandez Frank said.

Anderson opposes such measures.

"I don't think that's a good idea. I think that creates a culture of fear. You need to have people open to get better," Anderson said. "My goal here isn't to place blame on folks. It's to fix the systemic issues."

The district already kicked off monthly meetings in each school to devise solutions. This may include cultural competency training. "That's why you have these conversations locally," he said. "Locally, it may be that there are teachers who do need additional training or grade levels who want the additional training."

This difference will likely remain a sticking point.

"I don't want to wait until they fix their unconscious bias. I want them not to be in contact with kids," Fernandez Frank said. "Those kids are going to continue to suffer until this teacher learns. And I don't think that's fair for students."

*UPDATED: This story was updated at 9:26 on July 22, 2022, to clarify that Jamillah Richmond is a co-founder of the Parents of Color Council.*

---

*Chasing Progress is a Colorado News Collaborative-led multi-newsroom reporting project examining the social, economic and health equity of Black and Latino Coloradans over the last decade. The project builds off 2013's "Losing Ground," an I-News/RMPBS series that tracked similar measures from 1960-2010. We welcome stories of your experiences last decade as well as suggestions for future Chasing Progress stories at chasingprogress@colabnews.co.*

© 2023 The Colorado Sun.

Proudly powered by Newspack by Automattic

# Exhibit C

# District Accountability Committee

## Purpose

"To engage in meaningful consultation in accountability and improvement planning."

– PURPOSE OF DISTRICT ACCOUNTABILITY COMMITTEES
**CDE DISTRICT ACCOUNTABILITY HANDBOOK, 2018**

State and federal governments emphasize the inclusion of families in the educational accountability process. The District Accountability Committee (DAC) is a legally-constituted accountability and advisory committee at the school district level.

## Advisory Topics

Colorado State Statute **22-11-302** requires DAC members to act in an advisory capacity, to the **Board of Education**, on a variety of topics including, but not limited to:

- District Budget
- Unified Improvement Plan
- Charter School Applications
- Family Engagement
- District Policy

The DAC meets monthly throughout the school year, typically on the first Tuesday of each month unless otherwise noted, and members have the opportunity to hear district updates and provide input on many topics. DAC members are responsible for ongoing communication with their School Accountability Committee (SAC).



## Resources

> ▶ **DAC Calendar**

> ▼ **DAC Leadership**

## DAC Executive Board

- **Chairperson** - Jorge Chavez, Escuela Bilingüe Pioneer Elementary
- **Vice Chairperson** - Chris Haynes, Creekside Elementary
- **Secretary** - John Clasby, Coal Creek Elementary
- **Membership Officer** - Jamillah Richmond, Whittier Elementary
- **BVSD Administrative Liaison** - Rob Anderson, Superintendent
- **BVSD Administrative Contact** - Laura Shafer

> ▶ **DAC Bylaws**

> ▶ **DAC Norms**

**IN THE NEWS**

## DAC Discusses Impact Of Covid

The Mountain-Ear

The Boulder Valley School District (BVSD) District Accountability Committee (DAC) meeting took place on January 5, 2021, via Zoom.

Read More →

## Boulder Valley DAC Meets, Make Plans For 2021

The Mountain Ear

The Boulder Valley School District (BVSD) District Accountability Committee (DAC) meeting took place on December 1, 2020, via Zoom.

Read More →

## DAC Asks Questions And Sees Successes

The Mountain-Ear

The Boulder Valley School District (BVSD)



# Exhibit D

**NEWS › EDUCATION**

# BVSD updates dress code to make it more inclusive, consistent for students

By **AMY BOUNDS** | boundsa@dailycamera.com | Boulder Daily Camera
PUBLISHED: August 27, 2021 at 8:26 p.m. | UPDATED: August 27, 2021 at 8:29 p.m.

The Boulder Valley School District recently updated its dress code to be more inclusive and improve consistency across schools

The changes were developed by a subcommittee of the District Accountability Committee, which was led by member Nicole Rajpal  She said the changes align the dress code with the district's equity work, recent changes to student conduct and student discipline policies, and a recent Colorado law that bans discrimination based on hair and hairstyles.

"We wanted to make sure that all students at all schools were subject to the same expectations and potential consequences for violations," she said. "Our understanding was that the majority of student complaints arose because they found the dress codes to be arbitrary and the application of it to be inconsistent."

The goal, she added, was a policy that was "universal, inclusive, objective and promoted student health and safety."

What the policy doesn't include is subjective language about a student's dress being "distracting" or "disruptive," which she said can create disparities, reinforce



The new policy starts with the district's dress code philosophy, which includes that "all students have the right to an equitable education and should be able to dress, and style their hair, for school in a manner that expresses their individuality without fear of unnecessary discipline or body shaming."

The dress code requires students to wear a top, bottom and footwear and prohibits items that expose private parts of the body. Other prohibited clothing includes items that depict sexually suggestive messages, promote illegal or violent conduct, depict hate speech or intolerance, or are profane.

The original policy, approved in 2001, prohibited clothing "that causes or is likely to cause disruption of the educational process, the classroom environment, or to the maintenance of a safe and orderly school."

It also allowed principals to establish additional dress code standards at their individual schools — something that's prohibited under the new policy.

The new policy adds that "school administration and staff shall not have discretion to vary the requirements in ways that lead to discriminatory enforcement. Staff shall not confront students on dress-code violations in a manner that unnecessarily disciplines or publicly shames the student"

Because the school board formally approved the new dress code this month, it was too late to update printed versions of each school's student handbook or "code of conduct."

But Boulder Valley legal counsel Kathleen Sullivan said at a recent school board meeting that all schools should be following the new policy, adding the district shared the new policy with school principals before the first day of classes and updated the policy on the district website

Boulder Valley middle school students in previous years campaigned to revamp school dress codes, which they said unfairly singled out girls. Some previous dress codes dictated the length of skirts or shorts and banned bare midriffs or exposed backs, with students "dress coded" for wearing tank tops or crop tops.

Jamillah Richmond, a member of the District Accountability Committee's executive board and founder of the Parents of Color Council, said the district policy was antiquated and left it open for schools to develop a wide range of individual dress code rules.

The new policy, she added, aligns with the district's overall work on equity and equitable discipline

"We don't need people coming up to kids and measuring the lengths of their skirts or penalizing people for people being born with different physical attributes," she said. "We wanted to create something that ensures our students felt safe. I'm really happy with our policy. I hope it helps to inform policies in other districts."

Several middle school students said they were glad to hear the dress code policy was updated.

Elise McAdam, a seventh grader at a Boulder middle school, said her school didn't formally enforce a dress code last school year during the pandemic. But, she said, the "strict" teachers would comment when they didn't think what a student was wearing was appropriate for a school setting.

She avoided wearing a favorite pink top with cut out shoulders based on comments she heard teachers make about tops worn by classmates, she said.

"Teachers never straight up said, 'You can't wear it,' just that 'It is a very short shirt for school,'" she said.

She added schools do need dress codes to avoid truly inappropriate clothing, but otherwise should leave fashion choices to students — and a first-time violation should only result in a reminder, not pulling students from class.

Maddie Armstrong and Sophie Jones, freshmen at Boulder High, said their main issue with their middle school's dress code was that it wasn't fairly enforced. Girls, they said, would be "dress coded" for a bra strap showing under a tank top or a V neck top a teacher decided was too low, while teachers ignored boys walking through the halls shirtless.

Male teachers singling them out over a dress code issue was especially embarrassing, they said.

"I would be called out by a male math teacher in the middle of the hallway," Sophie said. "It just made me feel super-uncomfortable."

Added Maddie, "Male teachers shouldn't have a say in what we wear or do with our bodies. I've had situations where a teacher or a kid in our class would say something about a bra strap being out. Yeah, I'm wearing a tank top. I can't totally

They agreed a dress code is needed, but said schools need to remember that middle schoolers are still figuring out their style and what looks good. Schools also should focus more on teaching boys to be respectful instead of treating girls as potential distractions, they said.

"If you're going to have a dress code, do it right and be fair," Sophie said.

---

Tags: **Boulder Valley School District**

 **Amy Bounds** | Reporter

Amy Bounds covers K-12 education for the Boulder Daily Camera and Longmont Times-Call

boundsa@dailycamera.com

🐦 Follow Amy Bounds @boundsa

### Virginia: Say Bye to Your Car Insurance if You Live in These Zip Codes

Do not pay your next car insurance bill until you read this...

**LifestyleTrends** | Sponsored

### Do You Know What Plaque Psoriasis Is? (Take a Look)

Learn More About The Symptoms And Treatment of Plaque Psoriasis, click here

**Search Plaque Psoriasis** | Sponsored

### Average Retirement Savings By Age: Are You Normal?

The shocking amount some people have saved, and why speaking with a financial advisor could help increase your returns and alleviate stress.

**SmartAsset** | Sponsored

### The Best Way to Withdraw From Retirement Accounts

Have you considered how you'll withdraw your retirement income? These simple mistakes could cost you thousands of dollars.

**SmartAsset** | Sponsored

### These 2 Vegetables Will Kill Your Belly And Arm Fat Overnight!

**Health & Welfare** | Sponsored

### 2 Insane Cards Charging 0% Interest Until Nearly 2025

With this card, you can focus on paying off your balance rather than your interest.

CompareCredit.com | Sponsored

Click Here

Gundry MD | Sponsored

Watch Now

## The App That's Teaching Americans Spanish In 15 Minutes A Day

Babbel | Sponsored

Sign Up

## Forget Retinol, Use This Household Item To Fill In Wrinkles

Beverly Hills MD | Sponsored

## 7 Ways to Retire Comfortably With $500k

How long will your portfolio last in retirement? For those with a $500k portfolio, get this guide and ongoing insights.

Fisher Investments | Sponsored

Learn More

## Killer New EVs That Many Don't Realize Are Affordable

New Electric Cars | Search Ads | Sponsored

## Cardiologist: Too Much Belly Fat? Do This Before Bed

Healthy Guru | Sponsored

## Why People Are So Passionate About Ka'Chava, This New Plant Based Meal Shake. Order Today!

Kachava | Sponsored

Shop Now

**Brought to you by Prairie Mountain Publishing**

**Bathtub Refinishing By Miracle Method Of Boulder**
The National Kitchen and Bath Association estimates the total cost to remove and replace a bathtub is $3,000 or more....

**Desirable Studio Apartments In Boulder**
Living at Kimberly Court can seem like living in the most convenient location in Boulder. You are just minutes from...

**Greenwood & Myers Mortuary Is The First Choice**
Greenwood & Myers Mortuary is the first choice for many families when they are seeking funeral services in Boulder. The...

**12 Essential Considerations in a Packing Checklist for Your Move**
Moving can be an exciting experience. but it can also be stressful. Whether movers in Fort Collins are helping you...

**Modern Window Styling Ideas to Elevate the Home's Appearance**
Windows are often overlooked when designing or purchasing home decor. However, they are crucial to any room's look and feel....

# Exhibit E

# Jamillah Richmond

@JamillahSaidIt

Mother, Decolonizer, Hard Truth Teller, Educator, Adventurer & Doctoral Student

🖥 Content Publisher ⓘ   ◎ Boulder, CO   📅 Joined December 2020

**55** Following   **44** Followers

| **Tweets** | Tweets & replies | Media | Likes |
| --- | --- | --- | --- |

↑↓ **Jamillah Richmond Retweeted**

**Lisa Sweeney-Miran** ✓ @LSweeneyMiran · Feb 17   ···

Now two candidates in the #Denver Mayor race have made videos demonizing the unhoused

Both have been encouraged to retract their rhetoric and lies and have chosen to instead double down

Hansen and Spearman have each shown a brutal lack of knowledge and a total disqualification

💬 3      ↑↓ 11      ♡ 59      📊 2,223      ⬆

**Jamillah Richmond** @JamillahSaidIt · Jan 28   ···

Just a few seconds. It only took a few seconds to confirm what we already



**Jamillah Richmond** @JamillahSaidIt · Sep 5, 2022

Racism is everything.

> **AJ+** ✓ @ajplus · Sep 2, 2022
>
> The entire city of Jackson, Mississippi doesn't have drinkable water.
>
> Let's talk about how racism and for-profit water utilities are to blame.
>
> For starters: When water infrastructure was first being built in the U.S.,
>
> 1:41  639.8K views

1



**Jamillah Richmond** @JamillahSaidIt · Aug 10, 2022 ···
Commercial time so y'all don't start calling me an angry Black woman that doesn't say enough nice things about white people 🥺 . This little girls is why I won't speak softly to violence. Because what I choose not to do she will have to do in her lifetime and she deserves better.



◯          ⇄          ♡ 2          ᵢₗᵢ          ⬆



**Jamillah Richmond** @JamillahSaidIt · Aug 10, 2022 ···
Capitalism = Cannibalism. I thought I read this was a God fearing country on a pamphlet somewhere? I thought cannibalism was for "savages" not you nice white "civilized" folk? #Confused

◯          ⇄          ♡ 2          ᵢₗᵢ          ⬆



**Jamillah Richmond**
@JamillahSaidIt

There are three things I fear as a Single Black mother in Boulder. 1. "Nice" White racists 2. Houselessness 3. CPS because of either/all of the above. But back to #KatesPlan

3:35 PM · Aug 10, 2022

4 Likes



# Exhibit F



**Boulder Valley School District**
**File: JDHB**
**Adopted: June 9, 2020**

---

### BULLYING

The Board of Education supports a school climate conducive to teaching and learning that is free from any type of bullying behavior. The purpose of this policy is to promote consistency of approach and to help create a safe, equitable, and positive climate in which all types of bullying are regarded as unacceptable.

**A.    Definitions**

1. Bullying: Any written text or image, or verbal expression, or physical or electronic act or gesture, or a pattern thereof, that is intended to coerce, intimidate, or cause any physical, mental, or emotional harm to any student.
2. Cyberbullying: Bullying involving the use of communication technologies such as computers, cell phones, and other electronic devices to support deliberate and hostile behavior intended to do harm to others. Examples of cyberbullying can be in the form of text messages, instant messaging, emails, threatening or embarrassing photos or videos, and any use of any social media platform.

**B.    Prohibition**

Bullying is prohibited against any student for any reason, including but not limited to any such behavior that is directed toward a student on the basis of academic performance or any basis protected by federal and state law, including disability, race, creed, color, sex (which includes marital status), sexual orientation, gender identity/expression (national origin, religion, ancestry, immigration status, the need for special education services, or physical characteristics, whether such characteristic(s) is actual or perceived.

Bullying is prohibited on district property, at district or school-sanctioned activities and events, when students are being transported in any school or district vehicle, or off school property when such conduct has a nexus to school or any district curricular or non-curricular activity or event.

**C.    Prevention**

Bullying prevention efforts are most effective when implemented school-wide and designed to send a message that bullying will not be tolerated in schools. Well-designed bullying prevention efforts can reduce, eliminate and prevent bully/victim problems, as well as significantly improve the overall school climate. Effective bullying prevention also requires a commitment on the part of all adults to reduce or eliminate bullying and accessible reporting procedures for victims and witnesses.
Effective prevention programs may be implemented at the school level or the classroom level.

The use of prevention programs may vary according to maturity level of students, grade level, learning environment goal(s) for the school, etc.

Monitoring data related to bullying is crucial to the bullying prevention efforts. Data shall be collected and may be evaluated through surveys, questionnaires, analyzing discipline statistics, and data collected for school social emotional learning goal(s).

All kids involved in bullying--whether they are bullied, bully others, or witness bullying--may experience negative outcomes including impacts on mental health, substance abuse and suicide. Parents, school staff and community all play a role in supporting our students when providing for their physical, social and emotional needs. A variety of resources are available regarding bullying prevention:

> StopBullying.gov
> Cyberbullying.org
> Safe2Tell.org
> adl.org/what-we-do/promote-respect/bullying-cyberbullying-prevention

**D.     Expectations for Reporting and Investigation**

All administrators, teachers, classified staff, parents/guardians and students should take all reasonable steps to prevent and address bullying.

- All students who believe they have been victims of bullying, harassment, hazing, intimidation or threatening behavior should immediately report the situation to school personnel.

- All students who witness bullying are expected to make all reasonable efforts to seek the help of school staff. Failure to report such behavior is detrimental to the school learning environment and may be grounds for disciplinary consequences.

- All administrators, teachers, and classified staff who receive reports of and/or witness student bullying, in any circumstance, shall immediately take appropriate action to stop the behavior. Such behaviors shall be reported to school administration. In addition, school administrators shall communicate with parents of all students involved, alleged victims, alleged bullies, and witnesses.

- Each school administrator shall ensure that reports of bullying are promptly and thoroughly investigated in accordance with the guidelines in JDHB-E and applicable law. Administrators are directed to attend to the needs of the victim(s) of the behavior as well as to the needs of the alleged bully(s). Interventions or sanctions may be warranted, as well as addressing broader issues of school culture and climate of which the behavior may be symptomatic. A written summary of the investigation and its findings must be provided to the parent/guardian of any student alleging to have bullied or been bullied and to the parent/guardian of any student alleged to have bullied.

- School administrators shall provide the protections and procedures (including timelines for investigation and resolution) under Board Policy AC and AC-R if allegations of bullying concern unlawful discrimination or harassment on the basis of disability, race, creed, color, sex (which includes marital status), sexual orientation, gender identity/expression, national origin, religion, ancestry, immigration status, the need for special education services, or physical characteristics, whether such characteristic(s) is actual or perceived.

- Notify parent/guardian that they may seek further review of the school's investigation through Board Policy AC if alleging unlawful discrimination or harassment or through Board Policy KE.

- All incidents are to be documented in the student information system and any behavior or safety plan communicated to parents.

**E.      Consequences**

Violations of this policy are detrimental to the welfare and safety of the victim, as well as disruptive to the school learning environment. In deciding on appropriate discipline and interventions, the circumstances surrounding the behavior, the severity of the conduct, and whether the conduct represents a pattern should be considered. Interventions and discipline for student bullying may range from counseling, restorative justice and in-school suspension to suspension and/or expulsion. In its sole discretion, the School District may conduct a threat assessment regarding bullying behavior. A referral to law enforcement shall be made when appropriate. The Board expects that parents/guardians shall be informed about their student's significant behaviors and school discipline. Also, the Board expects schools will notify parents about threat assessments and referrals to law enforcement, as appropriate and as soon as possible which may be after the referral has been made.

If parents/guardians/students are not satisfied with the outcome of the school's investigation and resolution, they may pursue additional District review. Board Policy AC governs the review of allegations concerning unlawful discrimination or harassment on the basis of disability, race, creed, color, sex (which includes marital status), sexual orientation, gender identity/expression, national origin, religion, ancestry, immigration status, the need for special education services, or physical characteristics. Board Policy KE governs the review of all other allegations of bullying.

LEGAL REFS:

C.R.S. § 22-32-109.1 (1)(b) (definition of bullying)
C.R.S. § 22-32-109.1(2)(a)(I)(K) (policy required as part of safe schools plan)

CROSS REFS.:

AC, Nondiscrimination/Equal Opportunity
JB, Equal Educational Opportunities
All JD and JR policies, Student Conduct and Discipline Code KE, Complaints and Concerns

# Exhibit G

 **Boulder Valley School District**
**File: JDHB-E**
**Adopted: June 9, 2020**

### INVESTIGATING AND RESPONDING TO BULLYING COMPLAINTS

1. Receive allegation. Ask for the reporting party to put it in writing, but do not require it.

2. Consider whether there is an obligation to notify law enforcement or child protection.

3. Take immediate action and conduct a timely investigation. Timelines for investigation and resolution are provided under Board Policy AC and AC-R for allegations of bullying or harassment on the basis of disability, race, creed, color, sex (which includes marital status), sexual orientation, gender identity/expression, national origin, religion, ancestry, immigration status, the need for special education services, or physical characteristics, whether such characteristic(s) is actual or perceived. All other allegations of bullying must be investigated immediately and concluded within a reasonable period of time.

4. Document each and every meeting, phone call, message, and other relevant action with clear and objective notes. Essential steps include:

   - Meet with alleged victim(s) individually.  Ask:
     - for a detailed account of what happened
     - for names of witnesses
     - if anyone else has been subjected to misconduct by the alleged bully
     - what outcome the victim would like to see
     - if the victim is in fear of the aggressor or apprehensive about attending school/class/activity.

   - Determine whether remedies* (see below) should be in place during the investigation to protect against further actions or allegations.

   - Meet with alleged bully(s) individually. Inform of the allegations, to the extent appropriate. Ask:

     - for a detailed account of what happened
     - for names of witnesses
     - a response to the allegations (if appropriate)
     - what outcome the student would like to see
     - if the student is in fear or apprehensive about attending school/class/activity
     - explain that retaliation will not be tolerated

- Investigate information received from alleged victim(s) and alleged bully(s), including interviewing all relevant witnesses.

- Check for signs of change in academic performance, attendance or behavior of alleged victim(s) and alleged bully(s).

- Collect other documentary evidence (ex. health room reports, police reports, printouts of cyberbullying)

5. Communicate with parents/guardians of all students involved.

6. Determine whether bullying occurred.

    As set forth in Board Policy JDHB,

    Bullying: Any written text or image, or verbal expression, or physical or electronic act or gesture, or a pattern thereof, that is intended to coerce, intimidate, or cause any physical, mental, or emotional harm to any student.

    Cyberbullying: Bullying involving the use of communication technologies such as computers, cell phones, and other electronic devices to support deliberate and hostile behavior intended to do harm to others. Examples of cyberbullying can be in the form of text messages, instant messaging, emails, threatening or embarrassing photos or videos, and any use of any social media platform.

7. If an investigation reveals that bullying, including discriminatory harassment as defined in the Board's nondiscrimination policy, has occurred, assure that prompt and effective steps are taken that are reasonably calculated to:

    a. End the harassment
    b. Eliminate any hostile environment and its effects, and
    c. Prevent the harassment from recurring.

    Examples of "prompt and effective" steps to end harassment or interim remedies for the alleged victim(s) and/or alleged bully(s) may include:

    - Separation of schedules, classes, lockers, busses, even schools if necessary
    - Offer of counseling and adult support
    - "No Contact" agreements, if adequate
    - Schedule changes
    - Safety plan for victim and/or bully
    - Modification of behavior support plan (if IEP)
    - Assign a "go to" person for the victim
    - Disciplinary action

- Training or other interventions to ensure that all students, their families, and school staff are informed
- Compensatory services to the victim
- Empower aggressors to change
- Restorative justice, that could include an intervention with the entire group attending weekly meetings for several months using counselor/interventionist/mediator. This may only occur with the specific agreement of the alleged victim(s).

See more ideas at:
https://www.stopbullying.gov/prevention/support-kids-involved

**IMPORTANT:** In determining how interim remedies are implemented, school officials must consider the remedies that provide the most access for students to their education and least disruption, while ensuring reasonable steps are taken to end the bullying/harassment. Schools should not default to imposing remedies on alleged victims or alleged bullies, but should make an individualized determination as to the appropriate remedies based on the information available, including the input of impacted students and parents/guardians.

8. Prepare a written report of the investigation and determination of whether bullying occurred. Include:
   - Date complaint received
   - Names of alleged victim and alleged bully (when provided to families only their student's name may be revealed; others should be blacked out or substituted with Student 1, Student 2, etc.)
   - Brief description of complaint/allegations
   - Steps taken in investigation (witnesses interviewed, information reviewed)
   - Summary of investigative findings
   - Reference to applicable policy and code of conduct provisions
   - Determination of whether the investigation substantiated that bullying occurred
   - Determination of whether the conduct is sufficiently severe, pervasive or persistent so as to interfere with or limit a student's ability to participate in or benefit from the services, activities or opportunities offered by a school for those allegations of unlawful discrimation or harassment in violation of Board Policy AC (on the basis of disability, race, creed, color, sex (which includes marital status), sexual orientation, gender identity/expression, national origin, religion, ancestry, immigration status, the need for special education services, or physical characteristics).
   - Recommendation and description of action(s) to be taken

9. Share outcome of investigation with parents, but protect confidentiality under FERPA, usually phone call followed by written notice. Notify parent/guardian that they may seek further review of the school's investigation through Board Policy AC if alleging unlawful discrimination or harassment or through Board Policy KE.

10. Create plan for following up with end date; revise plan as necessary. Make sure all involved know how to report subsequent problems.

**TIPS:**

- Reassure reporters that they have done the right thing by making a report and make sure they know they will be protected from retaliation.
- Things NOT to say:
  ○ "I'm sure he didn't mean it."
  ○ "Boys will be boys"; "Girls are just mean to each other at this age."
  ○ "We can't protect them from everything."
  ○ "If she just didn't_____, then kids wouldn't pick on her."
- When interviewing witnesses:
  ○ Who, what, when and where
  ○ Ask open-ended questions
  ○ Take legible notes
  ○ Quote exact language
  ○ Do not add personal commentary
  ○ Include date and start/stop time of interview
  ○ Read notes back to witness
  ○ Ask witness to provide written statement (in addition to interview)

# Exhibit H



**Boulder Valley School District**
**File: GBEE**
**Adopted: November 27, 2001**
**Revised: October 23, 2012, August 14, 2018**

Associated Regulation:  **GBEE-R**
Associated Exhibits:  **GBEE-E-1**
                     **GBEE-E-2**

### STAFF USE OF DISTRICT TECHNOLOGY, THE INTERNET AND ELECTRONIC COMMUNICATIONS

The Internet, various forms of electronic communications, and other District technology resources have vast potential to support curriculum and learning. Accordingly, the Board of Education believes these resources should be used in schools as a learning resource to educate and to inform.

The Board of Education supports the use of the Internet, electronic communications, and other District technology by staff to improve teaching and learning through interpersonal communication, access to information, research, training and collaboration and dissemination of successful educational practices, methods and materials.

The Internet and electronic communications are fluid environments in which District staff may access materials and information from many sources. Staff members shall take responsibility to for their own use of District technology resources while on or off of the District network, as well as use of personal devices while connected to the District network, in accordance with this policy. District technology resources must be used only for educational purposes, or to perform assigned job responsibilities.

**Filtering:**

Web filtering technology that blocks or filters material and information that is unsuitable for students as defined by federal and state law and Board policy shall be deployed by the District. Staff must report access (their own or that of a student or other staff member) to material or information that is unsuitable for students as defined by federal and state law, professes a threat of violence or self harm, or otherwise in violation of this policy, to their supervisor or District administration and the Information Technology service desk.

**No expectation of privacy**

District technology resources are owned by the District and are intended for educational purposes, District business and performance of assigned job responsibilities at all times. Staff members have no expectation of privacy while using District technology resources. The District reserves the right to monitor, inspect, copy, review and store (at any time and without prior notice) all usage of District technology resources, including, but not limited to, all Internet, network, application, and electronic communications access and transmission/receipt of materials and information, including such activity on personal devices while connected to the District network. The District reserves the right to utilize and

apply decryption technology such activity within the District (at any time and without prior notice) to the extent allowable by law. All material and information accessed/received through District technology resources shall remain the property of the District.

**Public records**

Electronic communications sent and received by District staff may be considered a public record subject to public disclosure or inspection under the Colorado Open Records Act. All staff electronic communications shall be monitored to ensure that all public electronic communication records are retained, archived and destroyed in accordance with applicable law and District policy.

**Unauthorized and unacceptable uses**

Staff members must use District technology resources, as well as personal technology resources while connected to the District network, in a responsible, efficient, ethical and legal manner and in accordance with applicable law and District policy.

Use of District technology resources, systems, and networks for personal gain is prohibited.

Because technology and ways of using technology are constantly evolving, every unacceptable use of District technology resources cannot be specifically described in policy. Therefore, examples of unacceptable uses include, but are not limited to, the following.

No staff member shall access, create, transmit, retransmit or forward material, information, or other data:

- that promotes violence or advocates destruction of property including, but not limited to, access to information concerning the manufacturing or purchasing of destructive devices or weapons

- that is not related to District education purposes

- that contains pornographic, obscene or other sexually oriented material or information, either as pictures or writing, or is otherwise inappropriate as defined by state and federal law and District policy

- that harasses, threatens, demeans, or promotes violence or hatred against another person or group of persons in violation of the District's nondiscrimination policies

- for personal profit, financial gain, advertising, commercial transaction or political purposes

- that plagiarizes the work of another

- that uses inappropriate, derogatory, or profane language likely to be offensive to others in the school community

- that is knowingly false or could be construed as intending to purposely damage another person's reputation

- in violation of any federal or state law, including but not limited to copyrighted material and material protected by trade secret

- that contains personal information about themselves or others, including personally identifiable

information defined and protected by confidentiality laws including but not limited to the Family Educational Rights and Privacy Act (FERPA) and the Student Data Transparency and Security Act

• that impersonates another individual, group, or organization

Intentional access or attempt to access material defined above, or defined as unsuitable elsewhere in this policy or in state or federal law, is considered a direct violation of this policy and may subject the staff member to disciplinary action, up to and including termination, and/or criminal or other legal action.


**Security**

Information security is a high priority for the District. The District is dedicated to adhering to the most current industry standard information security best practices and continuous improvement of its security posture. Staff members who identify abuse, in violation of policy or otherwise, or a security risk or vulnerability while using District technology resources must immediately notify a supervisor, the Information Technology Service desk, and District administration. Staff members must not communicate or demonstrate the problem to other users. Utilization of credentials other than those assigned to the user for their own exclusive use is strictly prohibited. Account names or credentials used in the Boulder Valley shall not be duplicated or reused for any purpose external to the District. Access privileges are subject to the principle of least privilege; in addition, access to sensitive data may be subject to the requirement of need to know.

Users are strictly prohibited from performing or attempting to perform the following actions:

• gaining unauthorized access to District technology resources, data, networks or systems and by extension, third party data, networks, or systems integrated with the District

• reading, altering, copying, exfiltrating, destroying, or otherwise harming any data outside the user's own authorized scope of access, to include but not limited to, any official file or record of the District or data of another user.

• attacking, destroying, or disrupting the functionality of District technology resources, systems, or networks, including but not limited to denial of service attacks, or the unauthorized alteration of hardware or software

• performing reconnaissance efforts including but not limited to network, system, or vulnerability scanning or any other method utilized to identify or execute security vulnerabilities to obtain unauthorized access to any system or data or for any other purpose.

• reading, altering, or modifying network packets

• exploiting any security vulnerability in an effort to gain unauthorized access accounts, systems or data

• downloading, storing, installing, or utilizing malicious software

• deploying or utilizing any malicious hardware

• bypassing or evading security or filtering measures by use of a proxy, virtual private networking, tunneling, or any other method

• employing any type of social engineering effort to gain unauthorized access to District systems, data, or accounts or data of other users

• posting, sharing, or otherwise making available account, system, or network information that would provide access to unauthorized parties, or increase the likelihood of access by unauthorized parties.

• performing any other action that will increase the level of vulnerability, risk, or exposure to threats to District technology resources, networks, systems, or data.

• use of any District technology resource, system, or network performing any of the aforementioned activities against any network or system external to District

• staff are prohibited from the use of cellular hotspots while on District property with the exception of the event of an emergency or outage which requires use

Staff are prohibited from accessing, storing, or processing data protected by the Family Educational Rights and Privacy Act (FERPA), the Student Data Transparency and Security Act or otherwise deemed sensitive in nature by the District on any device other than that which has been assigned for exclusive use by the staff member, or has been explicitly designated as an administrative or staff use only device.

Staff are prohibited from the use of USB or other removable storage devices within the District, or with District technology resources, without the express consent of the CIO or designee.

Any device, application or other District technology resource storing or processing data protected by the Family Educational Rights and Privacy Act (FERPA), the Student Data Transparency and Security Act or otherwise deemed sensitive in nature by the District must not be left unattended while logged in; devices must employ a configured and enabled lock screen mechanism triggered by a timer, inactivity, or both; and web based applications must employ an auto-logout mechanism triggered by inactivity

Any user identified as a security risk, or as having a history of problems with other technology resources, may be denied access to District systems, networks and other technology.


**Confidentiality**

Staff members shall not access, receive, transmit or retransmit data or any other material regarding students, parents/guardians, District staff or District affairs that is protected by confidentiality laws, including but not limited to the Family Educational Rights and Privacy Act (FERPA) and the Student Data Transparency and Security Act, unless such access, receipt, or transmittal is in accordance with their assigned job responsibilities, applicable law and District policy. In order to maintain data confidentiality and compliance, data subject to confidentiality laws, as well as any other data designated as sensitive by the District, shall employ the use of encryption. It is imperative that staff members who store and share confidential student information in digital form understand how to do so in a safe and secure manner, so that confidential records are not inadvertently shared with the wrong party or made publicly available in any other manner. Staff members who disclose student records or other confidential student information in a manner inconsistent with applicable law and District policy may be subject to disciplinary action, up to termination, and/or criminal or other legal action.

If material is not legally protected but is of a confidential or sensitive nature, great care shall be taken to

ensure that only those with a "need to know" are allowed access to the material.

**Data Handling**

Storage of District data, in any form, is restricted to District issued technology resources. Staff are prohibited from storing District data, in any form, on personal devices. Storage of District data in unsanctioned external storage providers or applications is strictly prohibited.

Staff members are highly encouraged to configure and utilize multi-factor authentication for any District sanctioned application where data protected by the Family Educational Rights and Privacy Act (FERPA), the Student Data Transparency and Security Act or otherwise deemed sensitive in nature by the District will be stored or processed.

Any device, including but not limited to stationary workstations, mobile devices, permanently attached or approved removable storage, storing or processing data protected by the Family Educational Rights and Privacy Act (FERPA), the Student Data Transparency and Security Act or otherwise deemed sensitive in nature by the District shall employ encryption technology to maintain confidentiality of data.

Staff connecting any personal devices, such as cell phones (including cell phones where a stipend is provided), laptops or tablets, to District sanctioned applications are required to utilize a screen lock mechanism with an automatic screen lock timeout configured.

All District data or data created by District staff while performing their assigned responsibilities, including email, must be securely destroyed when the data no longer maintains value or valid purpose to the District and in accordance with law and the District's record retention schedule. The District reserves the right to securely reclaim, remove access, or destroy data not meeting value or validity standards (to include email and other electronic communications) at any time and without prior notice.

**Use of social media**

Staff members may use social media within school District guidelines for instructional purposes, including promoting communications with students, parents/guardians and the community concerning school related activities and for purposes of supplementing classroom instruction. As with any other instructional material, the application/platform and content shall be appropriate to the student's age, understanding and range of knowledge.

Staff members are prohibited from communicating with students through personal social media platforms/applications. Staff who would like the use social media as an educational tool are required to create and utilize a professional account for exclusive use for District educational purposes.

Online or electronic conduct resulting in a negative impact to the educational environment or other conduct in violation of District policy may form the basis for disciplinary action, up to and including termination, and/or criminal or other legal action.

**District-owned Technology Hardware**

Staff-issued District technology resources are the sole responsibility of the staff member. Theft, loss, or

damage of all staff-issued hardware devices must be replaced or reimbursed by the staff member, with the exception of theft within a District building where clear evidence is present and a police report has been filed. Staff members must follow Business Services procedures for reporting the incident.

**Unauthorized software**

Staff members are prohibited from using or possessing any software that has been downloaded or is otherwise in the user's possession without appropriate registration, licensing, and payment of any fees owed, has not been approved through the District software approval process, has been deemed unacceptable by BVSD or otherwise does not comply with District policy or state and federal laws.

**Staff member use is a privilege**

Use of District technology resources and Internet and electronic communications requires personal responsibility and an understanding of and agreement to the acceptable and unacceptable uses of such tools as defined in this policy. Provisioning of District technology resources for use by staff is a privilege, not a right. Availability to and use of District technology resources by staff is contingent upon acceptance of and compliance with this policy. Failure to follow the use procedures and requirements contained in this policy will result in the loss of the privilege to use these tools and restitution for costs associated with damages, and may result in disciplinary action, up to and including termination, and/or criminal or other legal action. The District may deny, revoke or suspend access to District technology or close accounts at any time.

Staff members are required to sign the District's Acceptable Use Agreement before technology resource accounts will be issued or access allowed utilizing District owned devices. Staff will be prompted with and must accept this agreement while connecting to the District network with their personal devices.

**School District makes no warranties**

The District makes no warranties of any kind, whether express or implied, related to the use of District technology resources, including access to the Internet and electronic communications services. Providing access to these services does not imply endorsement by the District of the content, nor does the District make any guarantee as to the accuracy or quality of information. The District is not responsible for any damages, losses or costs a staff member or student suffers in using the Internet and electronic communications. This includes loss of data and service interruptions. Use of any information obtained via District technology resources is at the staff member's own risk.

**Definition:**

As used in this policy, the terms "staff," "staff member" and "District staff" include any person employed by the District, student teachers, interns, volunteers, contractors, or any other third party under contract to perform work or services or process data for the District.

*LEGAL REFS.: 47 U.S.C. 254(h) (Children's Internet Protection Act of 2000)*
*47 U.S.C. 231 et seq. (Child Online Protection Act of 2000)*
*20 U.S.C. 6801 et seq. (Elementary and Secondary Education Act)*
*C.R.S. 22-87-101 et seq. (Children's Internet Protection Act)*
*C.R.S. 24-72-204.5 (monitoring electronic communications)*

**End of File: GBEE**

# Exhibit I



**Boulder Valley School District**
**File:   GDPD**
**Adopted:  February 23, 1989**

---

### SUSPENSION AND DISMISSAL OF SUPPORT STAFF MEMBERS

Specific dismissal procedures shall be established with each employee group.

Two weeks' written notice shall be given regular employees who are dismissed as a result of retrenchment or abolition of position due to lack of work or funds or for reasons beyond the employee's control.  Temporary employees may be dismissed without advance notice.

When an employee demonstrates inability to do the work assigned, the department supervisor or principal will advise the employee in writing according to established District procedures, and shall offer concrete suggestions for correction and improvement.  If, after a reasonable length of time, it becomes evident that the employee cannot satisfactorily fill the position, the employee shall be dismissed.

An employee dismissed for just cause may be dismissed without advance notice but will be given written notification setting forth the reasons for dismissal.  "Just cause" includes, but is not limited to:

1.  Absence without notification;

2.  Excessive absence or tardiness;

3.  Abuse of illness leave privileges;

4.  Discourteous, offensive, or abusive conduct or language toward other employees, students, or the public;

5.  Unethical or obscene actions, gestures, or statements toward other employees, students, or any other person while on District property, during working hours, or at any time or place to the extent the conduct may adversely affect the operations of the District or the employee's fitness to perform his or her duties;

6.  Dishonesty;

7. Possessing, using, transmitting, addiction to, or being under the influence of any narcotic drug, hallucinogenic drug, amphetamine, barbiturate, marijuana, alcoholic beverage, chemical, controlled substance, or intoxicant of any kind not prescribed by a physician, while on duty or while on District property at any time as an employee;

8. Falsifying any information supplied to the School District, including, but not limited to, information supplied on application forms, employment records, or any other School District records;

9. Incompetency or inefficiency in the performance of duties, including, but not limited to, failure to follow or carry out instructions or failure to perform a job assignment in a satisfactory manner;

10. Insubordination, including, but not limited to, refusal to properly perform assigned work;

11. Failure to possess a valid driver's license, or being denied coverage as a driver of District vehicles by the general liability insurance carrier insuring the District, when it is a requirement of the position;

12. Failure to follow District policies, safety regulations, procedures, or practices or failure to report conditions or situations which could be injurious to personnel or equipment;

13. Medical disability resulting in unfitness for continued duty;

14. Provoking, instigating, or participating in a fight or scuffle on District property or while on duty;

15. Temporary or permanent removal, use of, or possession of District property without proper authorization; and

16. Conduct by an employee at any time or in any place which may adversely affect the health, safety, or welfare of students or personnel, the operation of the District, or the employee's fitness to perform his or her duties.

An employee so dismissed may, if he or she desires, pursue the matter through the line of authority outlined in the appropriate grievance procedure.  Should the decision be made in the employee's favor, he or she will not suffer any loss in pay or other fringe benefits as a result of the time and grievance hearing.

LEGAL REFS.: C.R.S. 22-32-110(1)(h) C.R.S. 22-32-126(3)
**End of File:  GDPD**

# Exhibit J

| | |
|---|---|
| **From:** | Kathleen Sullivan |
| **To:** | Kellie Miller |
| **Cc:** | Kara Phillips |
| **Subject:** | ███████████ |
| **Date:** | Tuesday, February 7, 2023 2:30:40 AM |

Ms. Miller,

I am in receipt of your letter. Please direct your future correspondence to my and my Legal Assistant's attention only. Your clients are welcome to communicate with Principal Sarah Oswick and school staff.

I write to address your clients' expressed concerns about ████ safety and wellbeing at school. Ms. Oswick and District leadership have investigated and do not find any concern for ████ safety presented by employees or students. Ms. Oswick has communicated with the family about a support plan for ████, and stands ready to work with ████ and his parents to get him back in school.

BVSD has and is investigating several interrelated elements and allegations, including those presented in your lengthy letter. If you have evidence or information beyond the referenced Facebook page, please direct that to my attention so that it may be considered as part of the School District's investigation. As the investigation proceeds, I will follow up with more information and response.

If you would like to discuss your clients' concerns and learn more about the School District's processes, I would be happy to speak with you by phone.
Best regards,
**Kathleen Sullivan**
she, her, hers
720-561-5834

On Fri, Feb 3, 2023 at 4:00 PM Kellie Miller <kmiller@allenharrislaw.com> wrote:

> Dear Attorney Sullivan,
>
>
> Attached please find a letter on behalf of my clients, ████████████████, and their
> minor son, ████████.  I look forward to hearing from you.

Thank you,

**Kellie J. Miller, Esq.**

**ALLEN HARRIS PLLC**

[kmiller@allenharrislaw.com](mailto:kmiller@allenharrislaw.com) | Pennsylvania Office | PO Box 673 | Narberth, PA 19072

[www.allenharrislaw.com](http://www.allenharrislaw.com) | Tel: ███████ | Fax: (860) 481-7899

**From:** Kathleen Sullivan
**To:** Kellie Miller
**Cc:** Kara Phillips
**Subject:** ████████████
**Date:** Wednesday, February 8, 2023 9:03:30 PM
**Attachments:** Support Plan (Flex).pdf

Ms. Miller,

I am writing to follow up on our conversation of yesterday.

The purpose of the call was to discuss what the School and BVSD could do to address the family's immediate concerns and get ████ back to school as well as to better understand the family's allegations.

Starting with the plan for ████ to return to school, you requested a no contact directive and that ████ support plan be updated, specifically to remove language that you viewed as punitive. Today, Principal Oswick provided an updated support plan for ████ (attached). BVSD welcomes family input into support plans, and I am happy to review any additional updates you may propose. With respect to the no contact directive, a no contact plan is in place for the students, and BVSD has advised the employee not to engage with ████ We are confident that these arrangements will provide for ████ safety at school.

You did indicate that ████ will not return to school unless and until BVSD directs the removal of an employee's Facebook post. As discussed below, BVSD is investigating the family's complaint about the post. Based on the information currently available, BVSD is not able to direct removal of the post at this time. We hope that the family will consider returning ████ to school with the other steps taken, and the School will remain ready, willing, and able to welcome ████ back when the family is ready.

With respect to the family's allegations, you requested that BVSD agree to investigate the allegations of misconduct by a BVSD employee and to conduct a bullying investigation of ████ treatment by another student. As I told you, BVSD will complete both investigations.

With respect to the complaint about the employee, BVSD had already begun an investigation and will address any new allegations in your letter as part of that investigation. During our phone call, you confirmed that the parents' central allegation is that the employee allegedly targeted the student and family in a January 22 Facebook post and in subsequent comments or Facebook reactions to that post.

In order to assure a complete investigation, I requested that you provide any information and evidence that supports the allegations asserted in your letter. While I understand that you declined to provide any additional documents, there is language in your letter that I do not find in the existing materials. Specifically, it would be helpful if you identified the source of the inset quote on page 2 which references "standard operating procedure".

Also, as part of any investigation, BVSD talks with complainants. If ▮▮▮▮▮▮▮▮▮▮▮ would like to participate in the investigation and share information with BVSD's investigator, Dr. Harvey Oaxaca, they are welcome to do so.

Based on the information available, BVSD expects this investigation will be completed in about a week. I will follow up if this timeline changes.

Regards,

**Kathleen Sullivan**
she, her, hers
720-561-5834



| | |
|---|---|
| **From:** | Kathleen Sullivan |
| **To:** | Kellie Miller |
| **Cc:** | Kara Phillips; Samantha Harris; Michael Allen |
| **Subject:** | ██████████ |
| **Date:** | Tuesday, February 14, 2023 2:26:45 AM |

Ms. Miller,

Thank you for your response.

BVSD has noted the additional allegation that the employee "called or communicated with other parents in ██████ class to 'warn' them about ████". This will be incorporated into the investigation.

BVSD continues to welcome your clients to provide any information they would like considered. Otherwise, as I shared in my last letter, we expect the investigation will be finished shortly.

The District has not issued a gag order regarding ████ or his family. While an investigation is underway, the District tries to quell discussion that could compromise the investigation, but this is not the same as suppressing employees from making truthful statements or talking to families. There is no cover up and no one benefits from the baseless use of such a term.

At no point has the School District been deliberately indifferent. Regardless of how the investigation characterizes past conduct, BVSD has remained focused on addressing ████ well-being, including through the Support Plan and revisions made in direct response to your input. The School and District remain confident that ████ will be welcomed back to school with appropriate supports in place for all impacted students. If the parents or ████ have any other input about transitioning ████ back to school, they are welcome to talk with the Principal or you may pass along their input through me.

To date, BVSD has committed to an investigation of your clients' allegations of bullying of ████ by ██, a review of the documents of the prior bullying investigation, an investigation into an employee's speech and conduct, and a support plan for ████, including a no contact order. To my knowledge the only resolutions your clients have demanded that BVSD has not agreed to take are directing the employee to remove content from their social media and taking personnel action against the individual. As I indicated previously, BVSD is investigating those allegations.

If you have new conduct to report, information for the investigation, or input on the support plan, please do not hesitate to get in touch with me. I expect to be in touch soon with further information on the outcome of the investigation.

Best,

Kathleen

**Kathleen Sullivan**
she, her, hers
720-561-5834



On Fri, Feb 10, 2023 at 9:38 AM Kellie Miller <kmiller@allenharrislaw.com> wrote:

Ms. Sullivan,

Thank you for your follow up email.  In response to your question about the statement "standard operating procedure" – this was made by Ms. Richmond on FB.  I have attached a screenshot of her statement to this email.

Unfortunately, it has come to our attention that shortly after Ms. Richmond put up the Facebook post targeting ▮▮▮ and his family with racial harassment, intimidation, and bullying, she also engaged in additional behavior to harass and intimidate ▮▮▮ and his family.  In addition to the Facebook posts and the discussion surrounding them, we learned yesterday that she called or communicated with other parents in ▮▮▮ s class to "warn" them about ▮▮▮.  We also learned that this appalling behavior was reported to school administrators and that nothing was done, and that the district has issued an unofficial "gag order" on employees who have witnessed or reported the racial targeting and harassment of ▮▮▮ and his family.  While district employee Ms. Richmond can say what she pleases on social media, other employees are now expected to refrain from discussing the matter with the ▮▮▮ family.  The district has a duty to remedy a hostile environment based on race, not cover up that environment with a gag order.  This latest development represents a significant escalation in the district's deliberate indifference to the ongoing harassment and targeting of their 9-year-old son.

Ms. Richmond's social media posts are a violation of numerous district policies, including the cyberbullying policy, the bullying policy, the nondiscrimination/equal opportunity policy, the social media policy, and more general policies including that all personnel and staff "shall demonstrate and uphold high professional, ethical, and moral standards."  Ms. Richmond is not just a parent; she is a district employee with access to ▮▮▮ and the other children.  Despite her special access to the district supervisor, and intimidating activist tactics, the school district must act to uphold district policies and protect children from an adult who is targeting them for racial harassment and intimidation.

At this point, my clients need the district to propose a full resolution that addresses all their concerns, or the next communication you see will be service of a lawsuit to put an immediate halt to the racially hostile environment and the racially disparate treatment of their son. My clients are also willing to take their story public. It is simply unacceptable for a district employee to target a nine-year-student and his family, let alone for her to target them for racial harassment and intimidation, and for the district to sit idle while a child cannot safely attend school. If ▮▮▮▮▮▮▮ and his family were Black, and Ms. Richmond was white, we both know this situation would have been handled very differently. And the public knows that as well.

I hope to hear from you about a full resolution to this matter by Wednesday, February 15, 2023, or my clients will take legal action to protect their child from ongoing harm.

**Kellie J. Miller, Esq.**

**ALLEN HARRIS PLLC**

kmiller@allenharrislaw.com | Pennsylvania Office | PO Box 673 | Narberth, PA 19072

www.allenharrislaw.com | Tel: ▮▮▮▮▮▮▮

---

**From:** Kathleen Sullivan <kathleen.sullivan@bvsd.org>
**Sent:** Wednesday, February 8, 2023 9:03 PM
**To:** Kellie Miller <kmiller@allenharrislaw.com>
**Cc:** Kara Phillips <kara.phillips@bvsd.org>
**Subject:** ▮▮▮▮▮▮▮

Ms. Miller,

I am writing to follow up on our conversation of yesterday.

The purpose of the call was to discuss what the School and BVSD could do to address the family's immediate concerns and

get ███ back to school as well as to better understand the family's allegations.

Starting with the plan for ███ to return to school, you requested a no contact directive and that ███ support plan be updated, specifically to remove language that you viewed as punitive. Today, Principal Oswick provided an updated support plan for ███ (attached). BVSD welcomes family input into support plans, and I am happy to review any additional updates you may propose. With respect to the no contact directive, a no contact plan is in place for the students, and BVSD has advised the employee not to engage with ███ We are confident that these arrangements will provide for ███ safety at school.

You did indicate that ███ will not return to school unless and until BVSD directs the removal of an employee's Facebook post. As discussed below, BVSD is investigating the family's complaint about the post. Based on the information currently available, BVSD is not able to direct removal of the post at this time. We hope that the family will consider returning ███ to school with the other steps taken, and the School will remain ready, willing, and able to welcome ███ back when the family is ready.

With respect to the family's allegations, you requested that BVSD agree to investigate the allegations of misconduct by a BVSD employee and to conduct a bullying investigation of ███ treatment by another student. As I told you, BVSD will complete both investigations.

With respect to the complaint about the employee, BVSD had already begun an investigation and will address any new allegations in your letter as part of that investigation. During our phone call, you confirmed that the parents' central allegation is that the employee allegedly targeted the student and family in a January 22 Facebook post and in subsequent comments or Facebook reactions to that post.

In order to assure a complete investigation, I requested that you provide any information and evidence that supports the allegations asserted in your letter. While I understand that you declined to provide any additional documents, there is language in your letter that I do not find in the existing materials. Specifically, it would be helpful if you identified the source of the inset quote on page 2 which references "standard operating procedure".

Also, as part of any investigation, BVSD talks with complainants. If ███████████ would like to participate in the investigation and share information with BVSD's investigator, Dr. Harvey Oaxaca, they are welcome to do so.

Based on the information available, BVSD expects this investigation will be completed in about a week. I will follow up if this timeline changes.

Regards,

**Kathleen Sullivan**

she, her, hers

720-561-5834



# Exhibit K

**About BVSD (/about)**                                                                          ›

# Standing together against racism and injustice

**Superintendent Anderson**    Jun 3 2020

Dear Boulder Valley Community,

It is with a heavy heart that I write to you today.

Lately, I have been communicating a lot about the pandemic, which has caused great uncertainty and loss in our country. This week we are mourning something new – the wrongful and horrific death of George Floyd in Minneapolis and the subsequent fury of a nation against the blatant racism and violence that has been far too common for too long.

As **I shared on Twitter over the weekend (https://twitter.com/Dr_Rob_Anderson/status/1267062791539535872)**, I sat my kids down on Friday night to have a heart-to-heart talk with them about the history of racism in America. I would encourage all parents to do the same – especially if you are white. It is a difficult subject, but it is important that our children understand the long history of racism in our country and what they can do to be part of the solution.

It starts with all of us coming together in unison, denouncing racism and injustice, and becoming a consistent and effective ally by doing the following:

- Working together to dismantle unjust systems of oppression

- Being anti-racist

- Engaging in difficult conversations

- Showing a willingness to feel discomfort

- Becoming more aware of our own biases

- Listening across differences with an aim to understand rather than become defensive

- Incorporating traditionally marginalized voices in decision-making

- Noticing when you or others are engaging in microaggressions

For most of my career, I have worked in schools and school districts where students of color make up the majority of the student population. I have seen first hand how racial inequities impact students and families. While we have made some progress in the 60 years since the civil rights movement, George Floyd's death reminds us that racial injustice remains an ever present challenge for our nation.

I know that no place in America, including Boulder Valley, is free from this harmful bias. Finally, I also know that I, my family, and other white members of our community cannot fully fathom the privilege that we have. No one should live in fear, unsure how they will be treated whether they're pulled over by the police or called into the principal's office.

We must do better.

We know that, while Boulder Valley School District is an outstanding place to learn, BVSD is not immune. Our school district has long struggled to address the achievement and opportunity gaps between our white students and our students of color.

Additionally, since arriving two years ago, I have made it a point to get to know and elevate the voices within our Spanish-speaking community. They have shared stories that have been disturbing. Time and time again they've shared how their students have been treated and disciplined differently than white students. The data supports their claims.

The intent and the ideas to do better have always been there. Now is our time, our calling, to address existing inequities and spark positive change.

From the top-down, we have people that are committed to making changes to better serve our students. Our Board of Education has long been an outspoken voice when it comes to equity, keeping it at the forefront of everything we do. Under their leadership, we have embarked on the **All Together For All Students (https://www.bvsd.org/about/strategic-plan)** strategic plan, which aims to address the systemic issues that have kept our students of color from reaching their full potential.

Here are a few examples of the work already underway:

- A culturally responsive framework was developed this spring to guide the equity efforts of our district moving forward
- Hundreds of educators are working this summer to develop culturally responsive curriculum
- At the last Board of Education meeting we took another step towards updating our antiquated discipline policies
- We are making it a priority to increase the number of traditionally underrepresented students engaging in advanced coursework, including Advancement Placement (AP) and International Baccalaureate (IB)  classes
- We are working to address the overidentification of students of color, specifically students who are Hispanic, in special education
- Recruiting and hiring more teachers and leaders of color

You can hear more about the All Together For All Students strategic plan, when we provide the Board of Education with an update on June 16.

The Board and I truly believe that it is impossible for us to be an excellent school district, if we are not equitable for all students.

Don't know what equity really means? Here is the definition we created to guide our efforts:

Equity in BVSD means…

- removing institutional barriers to success

- providing intentional support for each student, staff member and family or community member so that each has opportunity to achieve at the highest levels

- embracing and respecting the dignity and diversity of each individual within our community

- questioning assumptions and examining our own biases

- challenging systems of power and oppression

- creating counter-narratives to the common habits and assumptions that inhibit inclusion

- confronting discrimination against our own or another person's identity

- committing to building our own and others' capacity for culturally responsive teaching, learning, and leading

The Board of Education and I thank you for your support and ask you to stand with us.  We are hurting right now and my biggest worry is that in a few weeks, as history tells us, most will put this incident behind them without any change.  We cannot and will not let this happen.

We, in the Boulder Valley School District, are committed to ensuring that all of our students and families feel welcome, safe and supported.

Sincerely,

Rob Anderson

Superintendent

Boulder Valley School District

PREVIOUS     NEXT

**RECENT STORIES**

## BVSD Earns Best of Green Schools Award (https://www.bvsd.org/about/news/news-article/~board/district-news/post/bvsd-earns-best-of-green-schools-award)

## Another apparent case of swatting in BVSD (https://www.bvsd.org/about/news/news-article/~board/district-news/post/overnight-shooting-in-boulder-1677696389573)

## Overnight Shooting in Boulder (https://www.bvsd.org/about/news/news-article/~board/district-news/post/apparent-swatting-incident-at-boulder-high-school-1677598169107)

# Exhibit L

# Culturally Responsive Discipline

Addressing inequities within our district is one of the cornerstones of **All Together for All Students**, BVSD's strategic plan. All parts of the plan, and in particular, the equity piece were developed from hours of conversations with staff and families and a deep dive into all of our student data. Those investigations showed that inequities exist not only in BVSD's persistent achievement gap but also in how student behavior is addressed.

BVSD staff have dug in to figure out how to address this issue and determine what needs to be done to reduce disparities in how students are disciplined. BVSD is responding in a number of ways:

## Addressing Disproportionate Discipline and Building a Culture of Safety, Respect, and Mental Health

▼ **Revising Discipline Practices**



## ▼ Revising Discipline Practices

To support teachers and administrators in correcting inappropriate student behavior fairly and consistently, BVSD has developed a discipline matrix to identify appropriate interventions and consequences for improper student conduct. The matrix applies to minor issues such as disruptions in class, up to more significant behaviors that would call for more serious consequences such as suspension or expulsion. Teachers and administrators have been receiving training on how to use the matrix as well as in effective classroom management practices, implicit bias and culturally responsive practices. This work is supported at the district level with revised discipline policies and increased transparency and standardization in discipline data collection and reporting.

## Accomplishments

- Board adopted significantly revised Student Conduct and Discipline policies in June 2020

- Created systems that generate transparent behavior and discipline data

  - District replaced entire system of coding student behavior and discipline to use clear definitions aligned with federal and state reporting categories

- Created platform (Vizlab, Tableau report) to display conduct and discipline data including on basis of race, gender, and disability

- Developed a **Discipline Matrix** to identify appropriate interventions and consequences for student behavior in order to align the internal system between people and schools

# On-going Work

- Student Conduct and Data Review team (representatives from each school)

  - Pre-training work over summer, all day training in August with over 140 participants
  - Monthly meetings average 130 participants

    - Created quality standards/checks for data
    - Standardizing methods of documenting student behavior
    - Aligning responses to student behavior across people and schools

- Ongoing work to expand use of comprehensive alternatives to exclusionary discipline through culturally responsive and restorative lens

  - Creating a toolbox of alternatives used in schools and are continuing to work to expand its use
  - Providing professional learning in effective classroom management practices, implicit bias and culturally responsive practices
  - Increasing use of restorative practices to address student behavior, including through use of centralized supports while building school capacity

▶ **Restorative Practices**

▶ **Equity Counsel/Title IX Coordinator**

▶ **School Safety Advocates**

▼ **Bullying Prevention**

## ▼ Bullying Prevention

BVSD has been working in a variety of ways to prevent bullying for a number of years. Since the adoption of All Together for All Students in 2019, the district has taken some significant steps to educate staff and students about preventing bullying and have made it easier for parents, particularly parents of color, to report it. In June 2020, the Board revised its bullying policy to include a **process for investigating and responding** to bullying complaints. At the start of the 2020-21 school year, teachers and staff received professional development for bullying prevention. In addition, units on bullying prevention have been incorporated into BVSD's curriculum and were rolled out in the fall of 2020. Learn more about **bullying prevention in BVSD**.

### ▶ Mental Health Supports

### ▶ Resilience Training (RISE)

### ▶ Rethinking Law Enforcement in our Schools

Learn more about BVSD's equity work related to implementing Resolution 20-33 in staff updates to the Board: