UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| JOHN DOE and JANE DOE, parents and next friend of their Minor Child JAMES DOE, | |
| PLAINTIFFS | Civil Case No. _____ |
| vs. | DATE: <u>March 3, 2023</u> |
| BOULDER VALLEY SCHOOL DISTRICT, WHITTIER INTERNATIONAL ELEMENTARY SCHOOL, and ROB ANDERSON, KATHY GEBHARDT, LISA SWEENEY-MIRAN, NICOLE RAJPAL, STACEY ZIS, BETH NIZNIK, KITTY SARGENT, RICHARD GARCIA, AND SARAH OSWICK, in their official capacity as state actors for the State of Colorado, | |
| DEFENDANTS. | |

**AFFIDAVIT OF** Jane Roe

I  Jane Roe  , am over 18 years of age and understand the meaning of an oath. I state

the following under oath based on my direct knowledge and experience:

1.     I am the Plaintiff, Jane Doe, and mother of nine-year-old student James Doe in the

above-captioned case and I am proceeding as my son's next friend on his behalf.

2.     Sally Roe was a classmate of my son James Doe at Whittier International

Elementary School.  James Doe and Sally Roe's names are known to me, but I understand that

their names are being kept anonymous to protect these minor children.

3.     We sent James Doe to Whittier International Elementary School for its purported

diversity, vision, and mission to "improve the world through intercultural understanding and

respect."

1

4.      Due to fears for James Doe's safety and well-being, we removed James from Whittier Elementary School on January 24, 2023.

5.      Prior to that, on January 17, 2023, Sally Roe attacked and strangled my son, James Doe, until his face changed color.  James was sent to the school nurse for medical treatment.  Unfortunately, this was not the first time Sally Roe physically assaulted my son.

6.      After Sally Roe's January 17, 2023 attack where she strangled James, Jamillah Richmond, Sally Roe's mother, reached out to me to apologize for Sally Roe's actions.

7.      In addition to Sally Roe's other assaults on James, Sally Roe has also told James that his long and untamed hair looked like "a rat's nest."  And she has physically assaulted him for "bragging about being rich" because he helped to pay for his own Air Jordan shoes.

8.      Despite at least three physical assaults by Sally Roe against James, Principal Oswick never reached out to me after these assaults to initiate a bully report or investigation of Sally Roe's actions.

9.      In contrast, Principal Oswick initiated a bullying report and investigation against my son James Doe after my son made a suggestion to play a role-playing game on the playground.  This supposedly offended Sally Roe, who accused James Doe of racism.  No racial slurs were reported.  It is frankly hard to understand how this was construed as "racist." Principal Oswick then added additional false and escalating allegations by Sally Roe against James in an official "Bullying Investigation and Outcome Report." To my knowledge, Principal Oswick did not investigate anything or provide our family notice or a reasonable opportunity to respond. Sally Roe targeted my son James Roe on the basis of his race. Had James Roe not been white, Sally Roe would not have made allegations that he was "racist" for suggesting a playground game.

10.     By way of example of further false allegations, on the afternoon of January 24, 2023, I was notified by Principal Oswick that Sally Roe had accused James Doe of whispering, "you will die at 9:30" in her ear.

11.     My son, James Doe did not whisper this in her ear and James has no disciplinary history that would make the wild accusations against him likely to have occurred. Yet this allegation was simply added onto the formal "Bullying Investigation and Outcome Report" as if it had been investigated and was true.

12.     It seemed the only method applied by Principal Oswick was to believe whatever Sally Roe said.  We were not interviewed as a part of Principal Oswick's "investigation" of Sally Roe's many false allegations.  Later, Principal Oswick conducted a second "investigation," and we were also not interviewed.

13.     I learned from a friend that Sally Roe's mother, Jamillah Richmond, who is an employee of the school, posted about James Doe and our family on Facebook.  Jamillah Richmond's Facebook page has many followers among parents and families in the district. Although her posts do not mention James by name, it is obvious to anyone in the school that she is directly referring to James.  She refers to us as "white racists." She also claims that James made "numerous racist" comments and that my husband and I had been called about them. James had never previously been accused of making racist comments, nor had we received any calls to that effect.

14.      I was also notified by a teacher that Jamillah Richmond was "warning" other parents about James by contacting them directly.  I am concerned that Jamillah Richmond is disclosing confidential information that can only be accessed as an employee of the school about

my son James Doe.  Jamillah Richmond's conduct has created a hostile environment for James and was very hurtful to all of us.

15.     Jamillah Richmond's actions and BVSD's handling of this matter adversely impacted the health, safety, and welfare of James and our family.

16.     Jamillah Richmond and BVSD have interfered with and severely disrupted James' education. For example, James was removed from his class.

17.     Because of their actions, James did not attend school for more than a month.  On February 27, 2023, we enrolled him on a temporary basis at a local private institution, pending their receipt of his educational record. When we asked Whittier for James' transcript, Whittier refused to provide it immediately, instead insisting they had 45 days to provide it.

18.     James is academically behind, having missed over a month of school, and emotionally impaired from missing so much time in school. I am also afraid he will be socially impaired because these are years in which he needs to learn valuable lessons about social interaction, and his cohort was already set back by isolation during COVID.  The new private school is not only expensive; but it also specializes in an academic focus and a specialized teaching philosophy that differs entirely from Whittier.  We preferred and chose public school, but we felt we had no choice but to remove James from Whittier.  James had no other options given his harassment in the BVSD and its employee Jamillah Richmond.

19.     Our family prefers and values public education, which I understand is guaranteed to every Colorado resident by the Colorado State Constitution.

20.     In addition, the situation remains unstable, as James' educational records have a discriminatory and false finding of racial bullying and harassment.  This will also limit James' options for private schools due to the reputational damage imposed by being branded a "racist," a

"bully," and a "harasser" at Whittier.  It is unclear if his new school will permit James to

continue on a permanent basis once it receives this record, which has a finding of racial bullying

and harassment, even though this finding is contrary to the actual factual findings in the report

itself.

21.     There is also an ongoing risk and fear that the damage done to James' reputation

at Whittier and in the BVSD district will follow him wherever he goes.  This is because Jamillah

Richmond, who is an employee of Whittier is on a crusade.  She not only calls parents

throughout the district; she has also made James and our family the focus of a social media

barrage.  Her campaign is not limited to Whittier but reaches the entire school community and

beyond.

22.     Jamillah Richmond's social media post as well as her subsequent efforts to call

parents and warn them about James have profoundly damaged the reputation of James and our

family throughout the school community and beyond.  Some comments elicited by Jamillah

Richmond have even included threats of violence toward James, such as that he should be "catch

hands" which means that he should be slapped, hit or otherwise assaulted, and refer to him as

"trash" and "evil."  This harm is ongoing and we fear it will follow James to his new school

community.

23.     The disruption caused by BVSD and Jamillah Richmond have profoundly

impacted James and our family.  James is confused, misses his routine, his friends, and his

teachers.  This entire matter has turned his world upside down.  He is emotionally resistant to his

new school.  While first days are hard, James was three and a half hours late on his first day

because he refused to go to the new school.  After only a few days, I received a call from his new

teacher that he had a stomachache and needed to come home.  Today, March 3, 2023 he is home

again from school for emotional reasons.  He is upset and afraid about a girl in his new class who pushed him.  James has never reacted like this before.

24.     One of the saddest things about all of this for our family is that we genuinely believe in teachable moments and in restorative, non-violent communication and justice. What could have been an opportunity for dialogue has now escalated and disrupted the lives of multiple children. We believed that Whittier shared our vision and in addition to our outrage, are deeply saddened by everything that has happened.

25.     Attached as Exhibit N is a true and accurate copy of the Bully Investigation Outcome Report I received on January 24, 2023 from Principal Sarah Oswick at Boulder Valley School District in relation to the playground game suggestion on January 20, 2023.

26.     Attached as Exhibit O is a true, accurate, and redacted copy of apology letters from Sally Roe to James Doe.

27.     Attached as Exhibit P is a true, accurate and redacted copy of the February 16, 2023 email I received from Principal Oswick with a "Revised Bully and Investigation Outcome Report."

28.     Attached as Exhibit Q is a true, accurate and redacted copy of BVSD's January 28, 2023 "Support Plan" for James Doe.

29.     Attached as Exhibit R is a true, accurate and redacted copy of my January 2023 email exchange with Principal Oswick.

30.     Attached as Exhibit S is a true, accurate and redacted copy of a February 9-10, 2023 email exchange with Principal Oswick regarding James Doe's transcripts.

31.     Attached as Exhibit T is a true, accurate and redacted copy of a March 2, 2023 email from BVSD Assistant Superintendent Robbyn Fernandez.

SIGNED UNDER THE PENALTIES OF PERJURY THIS _3rd_ DAY OF MARCH 2023.

Jane Roe

Jane Roe

In witness whereof,

Kyle Fostore

_____, Notary Public

My commission expires: February 1, 2027

KYLE FOSTORE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234004307
My Commission Expires: February 1, 2027

# Exhibit N

# Bullying Investigation Outcome Report

**Date Received:** 1/20/23

**Brief description of the complaint/allegation:** White Student A asked Black Students B and C to be his servants and body guards while playing a game at lunch recess. In addition, Student A made comments to Students B and C in the past that felt biased relating to a speech disability, race and class.

## Steps taken:

Spoke with student B at the time of the incident. She wanted to speak up for herself and share the history of white people enslaving black people and that is why the servant request was so upsetting for her.

Met with Student B and A so student B could share her perspective.

Student A apologized.

Student B then ate lunch with the counselor.

Met with Student C briefly. He did not want follow up.

Spoke to parents of students A, B and C.

Emailed all 3 parents that a bullying investigation was being undertaken on 1/20.

On the afternoon of 1/23, no contact requested for Student A and B thru office (after previously requesting that through the teacher and it not holding). Parents of A and B were informed a class placement change would be next step if not successful.

1/24 "No contact" plan unsuccessful so class placement initiated to start 1/25. Either Student A or B was out of the class on 1/24 (so not together) for the duration of the day.

## Summary of investigative findings:

Student A, B and C all agreed on the details of this incident. Student A said the idea came from the study of Colorado history where servants were one of the perspectives they were learning to understand. This incident is found to have occurred with a significant impact on families/Students B and C even if Student A did not intend to hurt others.

When speaking with parents of students B and C, they expressed concern over repeated nature of biased comments.

Student B's parent reports the following comments over the course of the year:

1.
2. When the student wore her hair natural,
3.  Student A said it looked like rats were coming out of it.
4.
5.
6. One day when the two students were talking,
7.  Student A referenced his Air Jordan's and Student B later hit him noting in her reflection that she was tired of him "bragging about being rich."'
8.
9.
10. 1/20 report - Student A asking Student
11.  B and C to be his servant and bodyguard.
12.
13.

14. Later the same day, Student A set Student
15.  B's artwork down in some water on the table and Student B also reported that Student A  ripped it.
16.
17.
18. 1/24 Student B reported that Student
19.  A whispered "you will die at 9:30" in her ear. Student A denies that and no one else was reported to have witnessed it. Student B was very upset by it.
20.


Student C stayed home from school 1/23 morning until deemed safe to attend. Student C not reporting concerns but mom is. Mom wants her child not to experience these types of comments. Mom noted none of this seems malevolent but surprising that Student A does not understand the impact.

## Recommendations and description of actions taken:
The allegation of harassment or bullying on the basis of race (and disability and class) is founded.
**19: Allegations of harassment or bullying on the basis of race, color or national origin:** An allegation is a claim or assertion that someone has done something wrong or illegal, typically made without proof. Harassment or bullying on the basis of race, color, or national origin refers to intimidation or abusive behavior toward a student based on actual or perceived race, color or national origin. Harassing conduct may take many forms, including verbal acts and name-calling, as well as non-verbal behavior, such as graphic and written statements, or conduct that is physically threatening, harmful or humiliating. The conduct can be carried out by school employees, other students, and non-employee third parties. Bullying on the basis of race, color, or national origin constitutes racial harassment.


If one more incident/comment between Student A and C, then plan on putting in place a no contact agreement between Student A and C.
Referral submitted by principal for racial trauma therapist to support student B and C at Whittier. Student A, B and C have an option for further school-based resources (like FRS therapy referral) if requested.
Restorative education for Student A. Weekly counseling check-in with specific teaching points and check in on independent understanding.
Offer restorative circle with district facilitator.
Student B has access to call mom at any request immediately by stepping out of the classroom after informing the teacher (can use office phone or her cell phone).
Student A and B tried a no contact plan as an interim measure but it was not successful.
Change in class placement for Student A.
Lunch and recess plan for no contact with Student A and B.
Continued proactive staff work to develop culturally responsive curriculum with district equity department support.


Note: Families may seek further review of the school's investigation through Board Policy AC if alleging unlawful discrimination or harassment or through Board Policy KE.


--



Sarah Oswick
Principal
Whittier International Elementary
720-561-5430

https://whe.bvsd.org/about/principals-message

"And the norms and notions of what just is Isn't always just-ice" Amanda Gorman, Inauguration poet laureate

# Exhibit O



Dear ██████

It's Ahyani know i made a-
horrible choice to hurt you i
gotta Say it was disrespectful
and Cruel to hurt you for
no resonli faced consiquences
for hitting you i went to
say sorry i own it i hit
you and i'm sorry i
won't do it again.
Sincerely
██████

LETTER

Over

On Dec 12, 2022, at 11:50 AM, Sarah Oswick <sarah.oswick@bvsd.org> wrote:

Hi Jennifer and Tom,
I wanted you to know another student drew on ████████ art today with a sub during art class. She was upset that he was talking about spending all his money on Air Jordan's. She has since written and said an apology and agreed to use an I-statement if a topic is upsetting her in the future.
Thanks,



**Sarah Oswick**
Principal
Whittier International Elementary
720-561-5430



Dear ████

████ ..i'm sorry i was very mad ant upset. i Don't know why you like air jordans so much.ant i just didn't want you to spend all your money oh air jordans that ont i don't see why you only care about looking cool. but ████ i'm very sorry 🙁

Sincerely ████

mini comic
Flip side →



# Exhibit P



**From:** Sarah Oswick <sarah.oswick@bvsd.org>
**Subject: Hoping to see ▮▮▮ soon!**
**Date:** February 16, 2023 at 1:32:12 PM MST
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Hi ▮▮▮▮
I am so hopeful that we will get to see ▮▮▮ back soon. If there is anything I can do to facilitate his welcome back, please let me know. See follow up that I was asked to share below.
Sincerely,
Sarah

I was asked to update my Investigation Outcome Report based on the information you all shared about the other student calling ▮▮▮▮ hair a rat's nest. Here is that updated report:

# Bullying Investigation Outcome Report

## Date Received: 1/20/23

**Brief description of the complaint/allegation:** White Student A asked Black Students B and C to be his servants and body guards while playing a game at lunch recess. In addition, Student A made comments to Students B and C in the past that felt biased relating to a speech disability, race and class.

## Steps taken:

Spoke with student B at the time of the incident. She wanted to speak up for herself and share the history of white people enslaving black people and that is why the servant request was so upsetting for her.

Met with Student B and A so student B could share her perspective. Student A apologized.

Student B then ate lunch with the counselor.

Met with Student C briefly. He did not want follow up.

Spoke to parents of students A, B and C.

Emailed all 3 parents that a bullying investigation was being undertaken on 1/20.

On the afternoon of 1/23, no contact requested for Student A and B thru office (after previously requesting that through the teacher and it not holding). Parents of A and B were informed a class placement change would be next step if not successful.

1/24 "No contact" plan unsuccessful so class placement initiated to start 1/25. Either Student A or B was out of the class on 1/24 (so not together) for the duration of the day.

## Summary of investigative findings:

Student A, B and C all agreed on the details of this incident. Student A said the idea came from the study of Colorado history where servants were one of the perspectives they were learning to understand. This incident is found to have occurred with a significant impact on families/Students B and C even if Student A did not intend to hurt others. When speaking with parents of students B and C, they expressed

concern over repeated nature of biased comments.

Student B's parent reports the following comments/issues over the course of the year:

1.      When the student wore her hair natural, Student A said it looked like rats were coming out of it.

2.      One day when the two students were talking, Student A referenced his Air Jordan's and Student B later hit him noting in her reflection that she was tired of him "bragging about being rich.'"

3.      1/20 report - Student A asking Student B and C to be his servant and bodyguard.

4.      Later the same day, Student A set Student B's artwork down in some water on the table and Student B also reported that Student A ripped it.

5.      1/24 Student B reported that Student A whispered "you will die at 9:30" in her ear. Student A denies that and no one else was reported to have witnessed it. Student B was very upset by it.

Student C stayed home from school 1/23 morning until deemed safe to attend. Student C not reporting concerns but mom is. Mom wants her child not to experience these types of comments. Mom noted none of this seems malevolent but surprising that Student A does not understand the impact.

## Recommendations and description of actions taken:

The allegation of harassment or bullying on the basis of race (and disability and class) is founded.

**19: Allegations of harassment or bullying on the basis of race, color or national origin:** An allegation is a claim or assertion that someone has done something wrong or illegal, typically made without proof. Harassment or bullying on the basis of race, color, or national origin refers to intimidation or abusive

behavior toward a student based on actual or perceived race, color or national origin. Harassing conduct may take many forms, including verbal acts and name-calling, as well as non-verbal behavior, such as graphic and written statements, or conduct that is physically threatening, harmful or humiliating. The conduct can be carried out by school employees, other students, and non-employee third parties. Bullying on the basis of race, color, or national origin constitutes racial harassment.

If one more incident/comment between Student A and C, then plan on putting in place a no contact agreement between Student A and C.

Referral submitted by principal for racial trauma therapist to support student B and C at Whittier.

Student A, B and C have an option for further school-based resources (like FRS therapy referral) if requested.

Restorative education for Student A. Weekly counseling check-in with specific teaching points and check in on independent understanding.

Offer restorative circle with district facilitator.

Student B has access to call mom at any request immediately by stepping out of the classroom after informing the teacher (can use office phone or her cell phone).

Student A and B tried a no contact plan as an interim measure but it was not successful.

Change in class placement for Student A.

Lunch and recess plan for no contact with Student A and B.

Continued proactive staff work to develop culturally responsive

curriculum with district equity department support.

Note: Families may seek further review of the school's investigation through Board Policy AC if alleging unlawful discrimination or harassment or through Board Policy KE.

Updated 2/16: Student A parents reported that Student B told Student A his hair looked like a rat's nest at the time of the hair conversation reported above by parent of Student B.
Given is new information, the support plans continue to make sense to give separation to Student A and B.

Also, I was asked to share an Investigation Outcome Report for the headlock incident as well. Here is that:

## Bullying Investigation Outcome Report

**Date Received:** Incident disclosed during investigation of 1/20/23 incident; Formal request for bullying investigation made by Student 1's family attorney on February 7, 2023.

**Brief description of the complaint/allegation:**  Student 1 was put in a headlock by Student 2.

**Steps taken:**
While investigating an allegation of an incident that occurred on January 20, parents and teacher disclosed that a prior incident

had occurred between the two students.

The incident had been resolved between the parties at the time of disclosure, so the School documented the incident under both student's behavior tabs in the student information system.

This investigation resumed when Student 1's Family attorney requested that the School District review this incident as a bullying allegation.

**Summary of investigative findings:**

Student 2's parent indicated that prior to the January 20th incident, there was another incident involving Students 1 and 2. In this incident, Student 2 allegedly came up behind Student 1 and put Student 1 into a "headlock". The teacher indicated that both the mothers of Student 1 and 2 were notified and the incident was dealt with in the classroom. At the time, the teacher did not report the incident to the school principal.

Further, Student 2's parent indicated that she had reached out to the mother of Student 1 to discuss the incident. It was reported that the father came to the school that afternoon and Student 2 and the father of Student 1 discussed this situation in the school library. Student 2's parent indicated that the intent was to educate Student 2 on the seriousness of this incident and allow for an opportunity for the student to apologize. The School Principal became aware of this incident several days after the January 20th

incident.

There is no dispute that Student 2 placed Student 1 into a headlock/choked him.

**Recommendations and description of actions taken:**

Board Policy JDHB defines bullying as, "any written text or image, or verbal expression, or physical or electronic act or gesture, or a pattern thereof, that is intended to coerce, intimidate, or cause any physical, mental, or emotional harm to any student."

**19: Allegations of harassment or bullying on the basis of race, color or national origin:** An allegation is a claim or assertion that someone has done something wrong or illegal, typically made without proof. Harassment or bullying on the basis of race, color, or national origin refers to intimidation or abusive behavior toward a student based on actual or perceived race, color or national origin. Harassing conduct may take many forms, including verbal acts and name-calling, as well as non-verbal behavior, such as graphic and written statements, or conduct that is physically threatening, harmful or humiliating. The conduct can be carried out by school employees, other students, and non-employee third parties. Bullying on the basis of race, color, or national origin constitutes racial harassment.

The allegation of bullying is unfounded. This incident of physical aggression was not determined to be bullying. Further, the

allegation of harassment or bullying on the basis of race is unfounded as there is no evidence to conclude that this incident was based on race.

Students should both be served by support plans and separation maintained.

Note: Families may seek further review of the school's investigation through Board Policy AC if alleging unlawful discrimination or harassment or through Board Policy KE.

--

**Sarah Oswick**
Principal
Whittier International Elementary
720-561-5430
https://whe.bvsd.org/about/principals-message

"And the norms and notions of what just is Isn't always just-ice" Amanda Gorman, Inauguration poet laureate

# Exhibit Q

**Boulder Valley School District**

**Boulder Valley School District**

**Support Plan – Flex**

6500 Arapahoe Rd.
Boulder, CO 80303
(303) 447-1010

| ██████████ | ████████ | ████████ | 8██████ | January 28, 2023 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **Date** |

**Summary of issues to be addressed**

██████ was found to have made discriminatory comments to two students per the bullying investigation outcome report dated 1/20/23.

**Goals/purpose of the Support Plan**

Safety for the students and support for █████ to understand discriminatory comments to prevent him from making them.

| Student's Needs | How the school will support the student's needs |
|---|---|
| Adult Relationship/ Check-ins | Weekly counselor check-in and education session on discriminatory comment prevention.<br><br>Referral to school-based FRS Therapy offered. |
| Peer Relationships | Counselor will also support friendship-building.<br><br>█████ is allowed to invite a friend to his alternate recess location at lunch time.<br><br>Student B has a no contact agreement with █████ right now.<br><br>Student C will have a no contact if any further comments occur. |
| Motivating Factors | █████ appeared to be trying to maintain friendships with the students he made discriminatory comments to. |
| Consistency and Predictability | NA |
| Breaks/Safe Space | █████ has moved to a different classroom from both students to prevent further negative interactions.<br><br>No contact with student B expected. |
| Alternate Lunch/Recess Plan | The other student  (B) is not at recess in the mornings with █████<br><br>At lunch, he is to play at the alternate playground and can bring a friend. |
| Differentiated Work | NA |
| Communication | Parents communicate openly with principal and school team. |
| Field Trips | No contact with student B expected. |

| Legal Name of Student | DOB | LASID | SASID | Date |

| | |
|---|---|
| | |
| After hours | No contact with student B expected. |

This plan can be reviewed and updated at any time.

For questions or concerns, contact: Sarah Oswick

Provided to: █████████

# Exhibit R

On Wed, Jan 25, 2023 at 7:56 PM ███████████████████████ wrote:

Hi Sarah.

Thank you again for your time and support this afternoon.

It occurred to me Jamillah is in school frequently and helps out in the library.

This may sound dramatic, but if she's triggered as you say she is then, I don't think it is safe for ██ to be around her.

How do we navigate this one?

I'm sorry.

████
303.829-4418

**From:** Sarah Oswick <sarah.oswick@bvsd.org>
**Subject: Re: How to Navigate?**
**Date:** January 26, 2023 at 9:27:06 AM MST
**To:** ██████████████████████████████
████

She is not in the library this week so we have a couple days to think about this. I will get back to you.
Sarah

On Jan 27, 2023, at 10:08 AM, ████████████████████ wrote:

Sarah,

After our meeting on Wednesday, I confided in my BFF █████ Godmother) about this whole situation.  It was our conversation that prompted my email below about potential contact between ██ and Jamillah.

I'm not on Facebook but my friend is.  Yesterday, she sent me screen shots of Jamillah's post about this situation.  I read a few of the comments and I was shattered.  I didn't know where to turn.  This is her personal FB page.  Free speech right?  Is this even something the district can help with?

I called Andee since she texted me the day before and invited me to call her if I needed to talk.  I was shocked to learn from her that ████████████ threatened her again! while we were meeting with you and while ████ was outside your office.

After ████ went to bed, I read thru the entire FB thread.  Hopefully you know I am not minimizing Luke's recent insensitive comments to ████ and ████ separately and together.  But, her post is out of context and unbalanced. ████ reports ████ commented on his hair looking like a rats nest (it frequently does!) first and then he snarked back in defense (this of course is unjustified).  We will never know who actually said what and when but they are 9 years old!

She has 2.7 thousand followers.  This is not her venting to close friends.  This is a public post and it's already been shared.  She is inviting comments and her "friends" are inciting violence against ▇▇▇▇  This is cyber bulling.

My sense is you are probably aware of her activism outside of Facebook.  https://www.cpr.org/2022/07/21/boulder-valley-school-district-black-latino-student-discipline/



**Jamillah Richmond**
@JamillahSaidIt                                                                               • • •

#Boulder has a problem with pretending to be progressive while upholding and reinforcing racism in every way that matters.

10:07 AM · Jul 31, 2022

This all feels like a bad dream.  We chose Whittier for its diversity.  We ARE allies.  I was a friend to Jamillah.  When she asked us to participate in a restorative conversation after her child put ours in a head-lock we did.  And then a week later she posts this?

She is so angry.  With us.  With the system.

Unfortunately any response on our part will look like retaliation at this point.

Thank you for your continued care of our children.

I look forward to hearing from you soon.

▇▇▇▇▇▇▇▇

PS., For the record, I have cut and pasted my attempts at a restorative process with ▇▇▇▇▇▇▇ and Jamillah.

**(Email to ▇▇▇▇▇▇▇ on 1/24)**

███ …good morning.

████████████████ writing.

Sarah Oswick shared your contact info.  Thank you for your receptiveness to me reaching out to you.

I want to apologize for the pain ███ has caused ████ and your family.

I volunteered in their classroom yesterday and while it seems like our boys are in a good place, I imagine you might be feeling a range of emotions?  When our kids are hurt, we hurt too.

When the time is right for you, would you be open to connecting?  When / If you are willing to share, I want to hear what is on your mind and in your heart.

Thank you for reading,

███

**(Text to Jamillah Richmond on 1/24)**

Good Morning.

I met with Sarah Oswick this morning.  She filled me in on ████ report that ████ tore up her artwork and your request for no contact between the kids.

In view of their recent interactions, I agree with your instinct that they need space.  She asked ████ to join our conversation and he agreed to honor the request too.

In the meantime, I don't have the whole picture from Friday.  You and I share an intention of supporting our kids and the importance of repair.  Do you want to connect and talk?

Begin forwarded message:

**From:** Sarah Oswick <sarah.oswick@bvsd.org>
**Subject: Re: How to Navigate?**
**Date:** January 27, 2023 at 4:47:02 PM MST
**To:** ████████████████████

Hi ████████

I apologize that we did not get to speak today. The day was extremely hectic. Your concerns are very important to me. You are correct that Facebook posts fall under the realm of free speech. The district cannot help with what happens on Facebook. We can always take steps to ensure ████ feels safe. I do not have a formal report that ████ did anything else to ████ but plan to ask that question as I have also heard that is a possibility. If I have a report, I will let you know immediately. All BVSD employees are also always expected to treat the children in their care with safety and respect so I do not expect that to be an issue at school. Please let me know if any concerns arise as we move forward. If you want to set a time to meet and/or talk monday we can do that.
Sincerely, Sarah
On Tue, Jan 31, 2023 at 6:50 AM ████████████████████████:

Good Morning Sarah,

Do you have any updates for us?

We have reviewed the support plan but do not see anything about protecting ███ from Jamillah.  In your email of 1/26 below, you said we have a few days to think about this.  Have you read her facebook thread?

Have you followed up with Andee about ███ accusation that ███ threatened her again while he was sitting outside your office (we were meeting with you) last Wednesday?

We are curious:

Who reviews the bully investigations and decides whether allegations are founded?

Besides the parents, who else receives the bully reports?

Thank you.

███

**From:** Sarah Oswick <sarah.oswick@bvsd.org>
**Subject: Re: How to Navigate?**
**Date:** January 31, 2023 at 10:02 AM MST
**To:** ████████████████████████
████████████████████

Good morning,
I just tried calling but missed you. I am sorry for the delay as I was out sick yesterday. I confirmed with Jamillah that there is no further report of any issue since the bullying outcome report. She also confirmed that she welcomes ███ back in class and has no anger toward him.
As for your questions - I am in charge of the bullying investigations and the results being founded/unfounded. In this case, I did consult with my supervisor as well as the district equity counsel.

The bully report went to internal staff who work with the students, the families of the students involved and my supervisor and equity counsel. It is documented in the online system for any administrator with access to the students involved.

Hope that helps, and please call if you would like to talk more.
Sarah

# Exhibit S

| | |
|---|---|
| **From:** | Sarah Oswick |
| **To:** | ███ ████ |
| **Subject:** | Re: Educational Record Request |
| **Date:** | Friday, February 10, 2023 4:51:52 PM |

███

The School has received your records request and will gather the records. Under the law and Board Policy JO, BVSD will provide the records within a reasonable period of time, not longer than the 45 days permitted by law.

Sincerely,

Sarah

Sent from my iPhone

On Feb 9, 2023, at 1:40 PM, ███████████████ wrote:

Dear Principal Oswick,

Attached is a request for all educational records for ███, as well as a FERPA release to allow our attorney to request and view these records.

I understand that the district has 45 days to fulfill this request.  I also understand that ████ student file and transcript are part of this request, and it should not take 45 days to send these to us.

Please send ████ transcript and student file as soon as it is available, even if sent separately from the other records.

Thank you,

███████████

<IMG_2236.jpeg>
<IMG_2235.jpeg>
<IMG_2232 2.jpeg>

# Exhibit T



**From:** Robbyn Fernandez <robbyn.fernandez@bvsd.org>
**Subject: Follow up regarding the Harassment Complaint on 2/15/23**
**Date:** March 2, 2023 at 9:21:29 PM MST
**To:** ████████████
**Cc:** Robbyn Fernandez <robbyn.fernandez@bvsd.org>

Hello ████████

I am following up on the Investigation that has been conducted relating to allegations of harassment, bullying, and targeting by an employee, as referenced in your formal letter dated February 3, 2023. Specifically, concerns regarding posts on social media as well as the safety of students in the care of that staff member.

After a thorough investigation, it has been determined that Policy JDHB (Bullying) and Policy GBEB (Staff Conduct and Responsibilities) have not been violated. There is no evidence that the employee in question has created or will create an unsafe learning environment for your student or any student under their care while in the school environment. Further, regarding the social media posts, no student, family, or District confidential information has been shared and no direct link to your family has been made. The issues raised in the complaint regarding the employee are considered a personnel matter and have been dealt with following our district's personnel procedures. As a personnel matter, all other matters regarding this complaint are confidential.

Through the investigation, it was determined that the support plan for your student should be amended and has now been done by the School Principal. The incident that occurred between your student and another student prior to January 20th will be further investigated and you will receive more information

from the School Principal once that is completed.

Once your student returns to school, we will continue to monitor the situation and ensure that your student and the employee do not have any direct or indirect contact. If you feel that your student is not able to return to this specific school after the completion of the investigation, our District can work with you to find another school that your student can attend if you would prefer.

Our district takes all complaints seriously and has addressed all areas of concern raised in the complaint.

Thank you,

Robbyn
--

**Robbyn Fernandez**
Assistant Superintendent of Schools
720-561-5086



Confidentiality Notice: This e-mail message, including all attachments, may contain information that is confidential, proprietary, privileged or otherwise protected by law. It is to be viewed only by the intended recipient(s). If you are not the intended recipient(s), please notify the sender of this message and delete your copy immediately. Thank you for your cooperation.