UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

| | |
|---|---|
| JOHN DOE and JANE DOE, PARENTS as next friends of their Minor Child JAMES DOE, | Civil Case No. 1:23-cv-00580-RMR |
| PLAINTIFF | |
| vs. | |
| BOULDER VALLEY SCHOOL DISTRICT, WHITTIER INTERNATIONAL ELEMENTARY SCHOOL, and ROB ANDERSON, KATHY GEBHARDT, LISA SWEENEY-MIRAN, NICOLE RAJPAL, STACEY ZIS, BETH NIZNIK, KITTY SARGENT, RICHARD GARCIA, and SARAH OSWICK, in their official capacity as state actors for the State of Colorado, | DATE: March 6, 2023 |
| DEFENDANTS. | |

**DECLARATION OF ATTORNEY MICHAEL THAD ALLEN IN
REPLY TO DEFENDANT'S RESPONSE TO MOTION TO RESTRICTAND PROCEED
PSEUDONYMOUSLY AND EMERGENCY MOTION FOR PROTECTION OF
MINOR'S IDENTITY**

I, Michael Thad Allen, am an attorney in good standing in all jurisdictions in which I am admitted to the practice of law, including in the District of Colorado, and I represent Plaintiffs in the above-captioned case.

1) I make the following statement for the purpose of authenticating the following document.

2) Attached as Exhibit 1 to this Declaration is a true and accurate copy of an email sent by the mother of the minor child referred to in Plaintiffs' Complaint as Sally Roe, dated March 4, 2023 at 1:20:38 PM MST.

1

I DECLARE THE FOREGOING STATEMENTS TO BE TRUE TO BEST OF MY
KNOWLEDGE, SIGNED THIS 6TH DAY OF MARCH 2023,

*/S/Michael Thad Allen*
Michael Thad Allen

# EXHIBIT 1

**From:** Jamillah Richmond <umilotusblossom@gmail.com>
**Date:** March 4, 2023 at 1:20:38 PM MST
**To:** Sarah Oswick <sarah.oswick@bvsd.org>
**Cc:**
<rob.anderson@bvsd.org>, Francisco Harvey Oaxaca <francisco.oaxaca@bvsd.org>,
robbyn.fernandez@bvsd.org
**Subject: Federal Complain - Civil Case # 1:23-CV-00580**

To whom it may concern,

 Based on the complaint initiated against myself, which names me and thusly my child it
appears that Andee Grandits has made an affidavit claiming my daughter uses
accusations of racism as a shield to her own actions. Andee being the primary and
tenured educator for Whittiers 4th grade has endangered my child. It is no longer safe
for ^Sally Roe^ to be in the custody of her or any other teacher at Whittier considering she is
the educator the other 4th grade teachers report to.

 I will be keeping my child home until further notice. I am also asking that the afidávit
Andee has signed against ^Sally Roe^ be made available to me as it appears that BVSD is
disproportionately supporting the other parties in this complaint.

Jamillah Richmond
(914) 619-0923

Your children are not your children.

1

They are sons and daughters of Life's longing for itself.
They come through you but not from you.
And though they are with you yet they belong not to you.


You may give them your love but not your thoughts,
For they have their own thoughts.
You may house their bodies but not their souls,
For thir souls dwell in the house of tomorrow, which you cannot visit, not even in your dreams.
You may strive to be like them, but seek not to make them like you.
For life goes not backward nor tarries with yesterday.
You are the bows from which your children as living arrows are sent forth.
The archer sees the make upon the path of the infinite, and He bends you with His might that His arrows may go swift and far.
Let your bending in the archer's hand be for gladness.
For even as He loves the arrow that flies, so He also loves the bow that is stable.
Kahlil Gibran