UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

| | |
|---|---|
| JOHN DOE and JANE DOE, PARENTS as next friends of their Minor Child JAMES DOE, | Civil Case No. 1:23-cv-00580-RMR |
| PLAINTIFF | |
| vs. | |
| BOULDER VALLEY SCHOOL DISTRICT, WHITTIER INTERNATIONAL ELEMENTARY SCHOOL, and ROB ANDERSON, KATHY GEBHARDT, LISA SWEENEY-MIRAN, NICOLE RAJPAL, STACEY ZIS, BETH NIZNIK, KITTY SARGENT, RICHARD GARCIA, and SARAH OSWICK, in their official capacity as state actors for the State of Colorado, | DATE: March 24, 2023 |
| DEFENDANTS. | |

**UNOPPOSED MOTION
TO SUBSTITUTE AFFIDAVITS ECF NO. 21-2 AND 21-3 AND
RESTRICT PRIOR AFFIDAVITS WITH EXHIBITS AT RESTRICTION LEVEL 1**

In compliance with District of Colorado L.R. 7.2, District of Colorado Uniform Civil Practice Standards 7.2, and this Court's Order, dated March 7, 2020, ECF No. 18, granting leave to restrict names of minor children by pseudonym, Plaintiffs submit the attached Affidavits of Jane Roe and Attorney Kellie Miller, with exhibits, as substitutes for prior affidavits and exhibits filed in support of Plaintiffs' Amended Motion for Temporary Restraining Order and Preliminary Injunction.  ECF No. 20.

Plaintiffs respectfully move to substitute the attached Affidavits of Kellie Miller and Jane Doe, with all exhibits, for their prior Affidavits, ECF No. 21-2 and ECF No. 21-3.  Plaintiffs also move to restrict the prior affidavits of Kellie Miller and Jane Roe at Restriction Level 1.

1

On March 9, 2023, Plaintiff filed Amended Affidavits in compliance with this Court's direction to restrict identifying information of certain parents and children in this case, including Plaintiffs, as Jane Doe, John Doe, James Doe, Sally Roe and Susan Roe.  ECF No. 18, 20.  The Affidavits in question are the Affidavit of Attorney Kellie Miller, ECF No. 21-2, and the Affidavit of Jane Doe, ECF No. 21-3, including their accompanying exhibits, **Exhibit A - Exhibit T**.

Opposing counsel for Defendants brought to Plaintiff's counsel's attention that, despite extensive reductions, three instances of restricted information appeared in the previously filed Affidavits, ECF No. 21-2, 21-3.  Plaintiff's counsel cooperated with Defendants' counsel to identify this restricted information and correct the redactions.  The restricted information has been redacted in the attached substitute Affidavits of Kellie Miller and Jane Roe.

Plaintiff respectfully requests that the Court use the attached affidavits and restrict the prior affidavits (ECF No.21-2 and 21-3) at Restriction Level 1.

The parties have met and conferred concerning this motion.  Plaintiff's counsel Michael Thad Allen corresponded with Defendants' counsel Elliott Hood via email on the day of this filing. Defendants, through counsel, expressed no objection to this motion.

## CONCLUSION

Based on the foregoing, the Court should restrict at Level 1 the two affidavits previously submitted in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction: ECF No. 21-2 and 21-3.

The Court should also accept the attached Affidavit of Attorney Kellie Miller and the Affidavit of Jane Doe into the public record in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

Respectfully submitted,

*/s/Michael Thad Allen*
Michael Thad Allen
Samantha K. Harris
ALLEN HARRIS PLLC
PO Box 404
Quaker Hill, CT 06375
TEL: (610) 634-8258
mallen@allenharrislaw.com
sharris@allenharrislaw.com

for PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on the date appearing in the caption of this filing, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Caroline Grace Gecker
Elliott Vallen Hood
Caplan and Earnest, LLC
3107 Iris Avenue
Suite 100
Boulder, CO 80301
303-443-8010
Email: cgecker@celaw.com
Email: Ehood@celaw.com

/s/Michael Thad Allen
Michael Thad Allen, Esq.