IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Civil Action No.: 23-cv-00580-RMR | Date: April 14, 2023 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Terri Lindblom |

| Parties: | Counsel: |
|---|---|
| JANE DOE, *parents of their minor child next friend* James Doe, JOHN DOE, | Michael Allen |
| Plaintiffs, | |
| v. | |
| BOULDER VALLEY SCHOOL DISTRICT, WHITTIER INTERNATIONAL ELEMENTARY SCHOOL, BOB ANDERSON, KATHY GEBHARDT, LISA SWEENEY-MIRAN, NICOLE RAJPAL, STACEY ZIS, BETH NIZNIK, KITTY SARGENT, RICHARD GARCIA, SARAH OSWICK | Elliott Hood Caroline Hood |
| Defendants. | |

**COURTROOM MINUTES**

**ORAL ARGUMENT**

**10:01 a.m.    Court in session.**

Court calls case. Appearances of counsel. Also present and seated at Defendants' counsel table is Kathleen Sullivan, client representative.

This matter is before the Court regarding Plaintiffs' Amended Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 21]

Preliminary remarks by the Court.

Argument given by Mr. Allen and Mr. Hood with questions from the Court.

For the reasons stated on the record, it is

**ORDERED:   Plaintiffs' Amended Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 21] is DENIED.**

**ORDERED:   Parties shall meet and confer to discuss mediation and file a report with the Court by April 18, 2023.**

**11:12 a.m.    Court in recess.**

Hearing concluded.
Total time in court:    1:11

2