# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Michael E. Hegarty

DATE: June 7, 2023

RE: *Doe v. Boulder Valley School District, et al.*, 23-cv-00580-RMR-MEH

_____   A settlement conference was held on this date, and no settlement has been reached as to any claim.

__X__   A settlement conference was held on June 6, 2023, and a settlement has been reached as to:

    __X__   All claims in this action. Dismissal papers should be filed on or before June 30, 2023.

    _____   Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____, 2023.

Settlement discussion and preparation time involved: **6.5 hours**.

__X__ A written record was made     _____ A written record was not made

* * * * * * * * * * * * * * * *

_____   Since the last Minute Entry for Settlement in this case, supplemental settlement discussions or negotiations were held in the above-captioned case, including phone calls and emails.

Negotiation time involved: ___ hours ___ minutes.